# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONNIE TAYLOR BROADOUS, | Case No. 2:20-cv-10950 GW (JEMx) |
| Plaintiff, | Hon. George H. Wu |
| v. | |
| TARGET CORPORATION; individually and dba TARGET STORE T-2329; and DOES 1 to 20, | **[PROPOSED] JUDGMENT GRANTING DEFENDANT TARGET CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

_____/

**TO THE COURT AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

This matter came for hearing before this Court on December 6, 2021, the Honorable George H. Wu, District Judge Presiding, on a Motion for Summary Judgment by defendant Target Corporation. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

///

///

IT IS ORDERED AND ADJUDGED that plaintiff Connie Taylor Broadous take nothing, that this action be dismissed on the merits with prejudice, and that defendant Target Corporation recover its costs.


Dated: _____, 2021        _____

United States District Court Judge

**[PROPOSED] JUDGMENT**