## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am employed by the firm of Snyder Burnett Egerer, LLP, in the County of Santa Barbara, State of California.  I am over the age of 18 and not a party to the within action; my business address is 5383 Hollister Avenue, Suite 240, Santa Barbara, California 93111.

On November 8, 2021 I served the foregoing document(s) described as **DEFENDANT TARGET CORPORATION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** on all parties of record in this action by electronic service to the e-mail addresses as follows:

| | |
|---|---|
| **Simon P. Etehad** | *Attorneys for Plaintiff* |
| **Steven Berkowitz** | *CONNIE TAYLOR BROADOUS* |
| **Etehad Law, APC** | |
| 150 South Rodeo Drive, Suite 350 | |
| Beverly Hills, California 90212 | |
| Telephone: 310.550.1220 | |
| Facsimile: 888.266.5502 | |
| Email: steven@etehadlaw.com | |
| simon@etehadlaw.com | |
| info@etehadlaw.com | |

_____ I caused such envelope or package with postage thereon fully prepaid to be placed in the United States mail at Santa Barbara, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day from the date of deposit for mailing in the affidavit.

 XX  I caused the foregoing document to be sent to the persons at the electronic notification address(es) designated below.  This is necessitated during the declared national emergency due to the Coronavirus (COVID-19) pandemic. Therefore, the document(s) referenced above is/are served only by using electronic mail.

Executed on November 8, 2021at Santa Barbara, California.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Tracy D. Brower*

_____
Tracy D. Brower