**SNYDER BURNETT EGERER, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.:  805.692.2800
Facsimile No.:   805.692.2801
sburnett@sbelaw.com
jfarley@sbelaw.com

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONNIE TAYLOR BROADOUS,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; individually and dba TARGET STORE T-2329; and DOES 1 to 20,<br><br>Defendants.<br><br>_____/ | Case No. 2:20-cv-10950 GW (JEMx)<br><br>Hon. George H. Wu<br><br>**DEFENDANT TARGET CORPORATION'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br>**Date:**     **December 6, 2021**<br>**Time:**    **8:30 a.m.**<br>**Ctrm:**   **9D**<br><br>*[Filed concurrently with Notice of Motion and Motion for Summary Judgment; Declaration of Jessica Farley; and [Proposed] Judgment]* |

Pursuant to the *Local Rules of the United States District Court for the Central District of California*, Rule 56-1, defendant Target Corporation ("Target") submits the following Statement of Uncontroverted Facts and Conclusions of Law in Support of its Motion for Summary Judgment.

///

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Ste. 240
Santa Barbara, CA 93111

1
**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**

| Uncontroverted Facts | Supporting Evidence |
|---|---|
| 1.      On October 27, 2020, plaintiff filed the operative complaint in the Superior Court of California, County of Los Angeles in Case Number 20STCV41151. | 1.      Declaration of Jessica Farley ("Farley Dec."), ¶4; Exhibit 1, *Complaint*. |
| 2.      The complaint alleges causes of action for negligence and premises liability arising from plaintiff's fall in a "soapy liquid spill." | 2.      Farley Dec., ¶4; Exhibit 1, *Complaint*, pp. 4-5. |
| 3.      On December 2, 2020, Target removed this case to this Court on diversity grounds. | 3.      Farley Dec., ¶5; Exhibit 2, *Notice of Removal of Action*. |
| 4.      The slip and fall in this case happened on June 1, 2020, at the Target store located at 11133 Balboa Blvd. in Granada Hills, California. | 4.      Farley Dec., ¶4; Exhibit 1, *Complaint*, p. 4. |
| 5.      Plaintiff slipped and fell in the main aisle near the registers. | 5.      Farley Dec., ¶6; Exhibit 3, *Deposition of Plaintiff ("Plf Depo."*), 26:15-18. |
| 6.      On the day of the incident, plaintiff was accompanied at the store by her assistant and direct supervisee, Verna Stewart. | 6.      Farley Dec., ¶¶6-7; Exhibit 3, *Plf Depo.*, 22:3-12; Exhibit 4, *Deposition of Verna Stewart ("Stewart Depo."*), 11:5-12. |
| 7.      After plaintiff fell, another customer, Luis Saldana, came to plaintiff's side within seconds to assist her, while plaintiff was still on the floor | 7.      Farley Dec., ¶8; Exhibit 5, *Declaration of Luis Saldana ("Saldana Dec."*), ¶8. |

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Ste. 240
Santa Barbara, CA 93111

2

**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| at the incident location and sitting in the liquid spill. | |
| 8.     Mr. Saldana was an independent witness in that he did not work for Target and has never worked for Target. | 8.     Farley Dec., ¶8; Exhibit 5, *Saldana Dec.*, ¶2. |
| 9.     Mr. Saldana observed the touch, smell, appearance and slippery consistency of the liquid, and he determined it was a type of soap. | 9.     Farley Dec., ¶8; Exhibit 5, *Saldana Dec.*, ¶8. |
| 10.    Plaintiff observed the soap spill to be clear and not dirty. | 10.    Farley Dec., ¶6; Exhibit 3, *Plf Depo.*, 32:11-20. |
| 11.    There was nothing about the liquid that led plaintiff to believe it has been on the ground for a long period of time. | 11.    Farley Dec., ¶6; Exhibit 3, *Plf Depo.*, 32:11-18. |
| 12.    Approximately 33 seconds before the incident occurred, Mr. Saldana had walked through the incident location as he was making his way to a register to pay for his items. | 12.    Farley Dec., ¶8; Exhibit 5, *Saldana Dec.*, ¶¶4-7. |
| 13.    At that time, there was no liquid on the floor at the incident location. | 13.    Farley Dec., ¶8; Exhibit 5, *Saldana Dec.*, ¶7. |
| 14.    As Mr. Saldana walked toward the register, and before he reached the location of the incident, he passed a female customer who was carrying a bottle of soap in her hand. | 14.    Farley Dec., ¶8; Exhibit 5, *Saldana Dec.*, ¶¶4, 10. |
| 15.    At the register, Mr. Saldana began | 15.    Farley Dec., ¶8; Exhibit 5, |

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Ste. 240
Santa Barbara, CA 93111

3

**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**

| | |
|---|---|
| to unload his items onto the conveyor belt, and he heard a loud "boom" that sounded as though something was dropped. | *Saldana Dec.*, ¶5. |
| 16.    Within three seconds of the "boom," Mr. Saldana heard a second loud noise. | 16.    Farley Dec., ¶8; Exhibit 5, *Saldana Dec.*, ¶6. |
| 17.    He immediately took a few steps back from the register and observed an elderly woman on the floor in a puddle of liquid. | 17.    Farley Dec., ¶8; Exhibit 5, *Saldana Dec.*, ¶¶6, 8. |
| 18.    Plaintiff does not know the soap spill came to be on the floor. | 18.    Farley Dec., ¶6; Exhibit 3, *Plf Depo.*, 31:18-19. |
| 19.    Plaintiff does not know how long the spill was on the floor before the incident. | 19.    Farley Dec., ¶6; Exhibit 3, *Plf Depo.*, 31:23-25. |
| 20.    Plaintiff does not know of any Target Team Member who knew of the spill on the floor before the incident. | 20.    Farley Dec., ¶6; Exhibit 3, *Plf Depo.*, 32:4-8. |
| 21.    Ms. Stewart does not know where the spill came from, including whether the spill was created by a guest or Target employee. | 21.    Farley Dec., ¶7; Exhibit 4, *Stewart Depo.*, 24:18-24. |
| 22.    Ms. Stewart does not know of any Target Team Member who knew of the spill on the floor before the incident. | 22.    Farley Dec., ¶7; Exhibit 4, *Stewart Depo.*, 24:25-25:3. |
| 23.    Ms. Stewart does not know how long the spill was on the floor before the | 23.    Farley Dec., ¶7; Exhibit 4, *Stewart Depo.*, 25:4-6. |

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Ste. 240
Santa Barbara, CA 93111

4

**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**

incident.

Dated: November 8, 2021                    SNYDER BURNETT EGERER, LLP

                                           */s/ Jessica Farley*

                                           _____
                                           By: Sean R. Burnett / Jessica Farley
                                           Attorneys for Defendant TARGET
                                           CORPORATION

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Ste. 240
Santa Barbara, CA 93111

5

**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**