**SNYDER BURNETT EGERER, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
sburnett@sbelaw.com
jfarley@sbelaw.com

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONNIE TAYLOR BROADOUS, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION; individually and dba TARGET STORE T-2329; and DOES 1 to 20, <br><br> Defendants. | Case No. 2:20-cv-10950 GW (JEMx) <br><br> Hon. George H. Wu <br><br> **DECLARATION OF JESSICA FARLEY IN SUPPORT OF DEFENDANT TARGET CORPORATION'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date: December 6, 2021 <br> Time: 8:30 a.m. <br> Ctrm: 9D <br><br> *[Filed concurrently with Notice of Motion and Motion for Summary Judgment; Statement of Uncontroverted Facts and Conclusions of Law; and [Proposed] Judgment]* |

I, Jessica Farley, declare the following facts:

1. I am an attorney duly licensed and admitted to practice before all of the courts of the state of California and the United States District Court for the Central District of California. I am a partner at the firm of Snyder Burnett Egerer, LLP, counsel of record for defendant Target Corporation in the matter brought by plaintiff Connie Taylor Broadous. I have personal knowledge of the matters

---

1  discussed herein, and if called upon as a witness to testify, I could and would
2  competently do so.
3      2.   This declaration is made in support of Target's Motion for Summary
4  Judgment.
5      3.   In accordance with Local Rule 7-3, my office met and conferred with
6  plaintiff's counsel, Steven Berkowitz, on October 7, 2021, and November 3, 2021,
7  about Target's intention to file this Motion for Summary Judgment and the bases
8  therefor. The parties were unable to reach a resolution.
9      4.   Attached as Exhibit 1 is a true and correct copy of plaintiff's state
10 court complaint in this matter.
11     5.   Attached as Exhibit 2 is a true and correct copy of Target's Notice of
12 Removal of Action from state court to federal court.
13     6.   Attached as Exhibit 3 is a true and correct copy of pertinent excerpts
14 from the deposition transcript of plaintiff in this matter.
15     7.   Attached as Exhibit 4 is a true and correct copy of pertinent excerpts
16 from the deposition transcript of Verna Stewart in this matter.
17     8.   Attached as Exhibit 5 is a true and correct copy of a signed
18 Declaration by independent witness Luis Saldana describing his account of the
19 incident and the events immediately preceding and following the incident.
20     I declare under penalty of perjury that the foregoing is true and correct.
21     Executed this 8th day of November, 2021, at Santa Barbara, California.

*/s/ Jessica Farley*
_____
Jessica Farley, Declarant