# EXHIBIT 1

Electronically FILED by Superior Court of California, County of Los Angeles on 10/27/2020 09:33 AM Sherri R. Carter, Executive Officer/Clerk of Court, by D. Williams,Deputy Clerk
20STCV41151
Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Kristin Escalante

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Simon P. Etehad, Esq. (SBN 186449)<br>Steven Berkowitz, Esq. (SBN 124051)<br>Etehad Law, APC<br>9454 Wilshire Blvd., Ste. 711, Beverly Hills, California 90212<br><br>TELEPHONE NO.: 310-550-1220   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: steven@etehadlaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff Connie Taylor Broadous | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br>STREET ADDRESS: 111 N. Hill Street<br>MAILING ADDRESS: 111 N. Hill Street<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Central District | |
| PLAINTIFF: CONNIE TAYLOR BROADOUS<br>DEFENDANT: Target Corporation, individually and dba Target Store T-2329; and<br>[x] DOES 1 TO 20 | |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>[ ] AMENDED *(Number)*:<br>Type *(check all that apply)*:<br>[x] MOTOR VEHICLE  [ ] OTHER *(specify)*:<br>  [ ] Property Damage  [ ] Wrongful Death<br>  [x] Personal Injury  [ ] Other Damages *(specify)*: | CASE NUMBER: |
| Jurisdiction *(check all that apply)*:<br>[ ] **ACTION IS A LIMITED CIVIL CASE**<br>  Amount demanded  [ ] does not exceed $10,000<br>                           [ ] exceeds $10,000, but does not exceed $25,000<br>[x] **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)<br>[ ] **ACTION IS RECLASSIFIED** by this amended complaint<br>  [ ] from limited to unlimited<br>  [ ] from unlimited to limited | 20STCV41151 |

1. **Plaintiff** *(name or names)*: Connie Taylor Broadous
   alleges causes of action against **defendant** *(name or names)*:
   Target Corporation, individually and dba Target Store T-2329; and Does 1 to 20

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001

| SHORT TITLE: BROADOUS v. TARGET | CASE NUMBER: |
|---|---|

4. ☐ **Plaintiff** *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name):* Target Corporation
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1-5 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 3-10 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** | Page 2 of 3

11-5-2020 108221H0001 6020201105019626

| | |
|---|---|
| SHORT TITLE:<br>BROADOUS v. TARGET | CASE NUMBER: |

PLD-PI-001

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
a. ☐ Motor Vehicle
b. ☒ General Negligence
c. ☐ Intentional Tort
d. ☐ Products Liability
e. ☒ Premises Liability
f. ☐ other *(specify)*:

11. Plaintiff has suffered
a. ☒ wage loss
b. ☐ loss of use of property
c. ☒ hospital and medical expenses
d. ☒ general damage
e. ☐ property damage
f. ☐ loss of earning capacity
g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
a. ☐ listed in Attachment 12.
b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
a. (1) ☒ compensatory damages
(2) ☐ punitive damages
The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
(1) ☐ according to proof
(2) ☒ in the amount of: $ over $200,000.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: October 26, 2020
Steven Berkowitz
(TYPE OR PRINT NAME)

*Steven Berkowitz*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]
**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
Page 3 of 3

11-5-2020    108221H0001    6020201105019626

| | PLD-PI-001(2) |
|---|---|
| **SHORT TITLE:** Broadous v. Target | **CASE NUMBER:** |

**FIRST**     **CAUSE OF ACTION—General Negligence**     Page **4**
(number)

ATTACHMENT TO: [X] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Connie Taylor Broadous

alleges that defendant *(name)*: Target Corporation, individually and dba Target Store T-2329

[X] Does **1** to **20**

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: June 1, 2020

at *(place)*: Target Store T-2329 located at 11133 Balboa Blvd., Granada Hills, California 91344

*(description of reasons for liability):*

Slip and fall by 75-year old Plaintiff on an apparent soapy liquid spill left standing in the store aisle floor without clean up or any caution cones or warning signs. The apparent soapy liquid on the floor, combined with the physical condition of the floor, caused the floor to be unreasonably slippery.

Plaintiff alleges, on information and belief, that the store knew of the subject condition of the floor, or in the exercise of reasonable care should have known of such condition. Further, Plaintiff alleges, on information and belief, that Defendant failed to take reasonable steps to correct or make safe the subject condition, protect against harm from the subject condition, or give adequate warning of the subject condition.

As a result of the negligence of the Defendant, Plaintiff suffered bodily injury and resulting pain and suffering, mental anguish, expense of hospitalization, care and treatment, and loss of earnings.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]   [Save this form]    [Clear this form]

PLD-PI-001(4)

| SHORT TITLE: Broadous v. Target | CASE NUMBER: |
|---|---|

__SECOND__ **CAUSE OF ACTION—Premises Liability**  Page __5__
(number)

ATTACHMENT TO [X] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. *(name):* Connie Taylor Broadous

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* June 1, 2020   plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):* Plaintiff, a store customer, slipped on an apparent soapy liquid spill left standing in the store aisle floor without clean up or any caution cones or warning signs. The liquid on the floor, combined with the floor's physical condition, caused the floor to be unreasonably slippery. It presented a dangerous condition of the premises. On information and belief, the store knew of the floor's subject condition, or in the exercise of reasonable care should have known of such condition, and failed to take reasonable steps to correct or make safe the subject condition, protect against harm from the subject condition, or give an adequate warning.

Prem.L-2. [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):* Defendant Target Corporation, individually and dba Target Store T-2329 and

[X] Does __1__ to __10__

Prem.L-3. [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does ___ to ___

Plaintiff, a recreational user, was [ ] an invited guest  [ ] a paying guest.

Prem.L-4. [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does ___ to ___

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5.a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

[X] Does __9__ to __15__

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1

| Form Approved for Optional Use<br>Judicial Council of California PLD-<br>PI-001(4) [Rev. January 1, 2007] | **CAUSE OF ACTION—Premises Liability** | Code of Civil Procedure, § 425.12<br>www.courts.ca.gov |
|---|---|---|

For your protection and privacy, please press the Clear This Form button after you have printed the form.  [ Print this form ] [ Save this form ]  

11-5-2020    108221H0001    6020201105019626