# EXHIBIT 2

| | |
|---|---|
| 1 | **SNYDER BURNETT EGERER, LLP**<br>**Sean R. Burnett (SB# 227952)**<br>**Jessica Farley (SB# 380123)**<br>5383 Hollister Avenue, Suite 240<br>Santa Barbara, California 93111<br>Telephone No.: 805.692.2800<br>Facsimile No.: 805.692.2801<br>sburnett@sbelaw.com<br>jfarley@sbelaw.com |

Attorneys for Defendant TARGET CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONNIE TAYLOR BROADOUS,<br><br>      Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; individually and dba TARGET STORE T-2329; and DOES 1 to 20,<br><br>      Defendants<br>_____ / | Case No.<br><br>[Los Angeles County Superior Court Case No. 20STCV41151]<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441(b)** |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

      **PLEASE TAKE NOTICE** that defendant TARGET CORPORATION ("defendant") hereby removes the state court action described below to the above-captioned court on the following grounds:

      1.    On or about October 27, 2020, plaintiff CONNIE TAYLOR BROADOUS filed Case No. 20STCV41151 in the Superior Court of the State of California, County of Los Angeles, entitled *Connie Taylor Broadous v. Target Corporation*. The Complaint asserts causes of action for general negligence and premises liability related to an allegedly dangerous condition on defendant's property. A true and correct copy of the Complaint is attached hereto as Exhibit 1.

2. The Complaint was served on defendant on November 3, 2020. A true and correct copy of the proof of service of the Complaint on defendant is attached hereto as Exhibit 2.

3. As set forth below, this is a civil action between parties domiciled in different states, over which this court has original jurisdiction under 28 U.S.C. § 1332, and which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b).

4. Plaintiff is, and at all relevant times was, a resident and citizen of California. When plaintiff reported the incident to defendant's employees, she provided an address in Pacoima, California.

5. Defendant is, and at all relevant times was, a corporation duly organized and existing under the laws of Minnesota, with its principal place of business in Minneapolis, Minnesota. Defendant is not, and was not at any relevant time, a citizen of California.

6. The Complaint in paragraph 14(a) prays compensatory damages in the amount of "over $200,000.00."

7. The amount in controversy exceeds the $75,000 jurisdictional minimum of this Court.

8. The time within which defendant is required to file a Notice of Removal has not yet expired.

9. Removal to this Court is proper, as the Superior Court of the State of California, County of Los Angeles, where this action was commenced, is located within the Central District of California.

10. Defendant will give written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d), and will also file a copy of this Notice with the Clerk of the Los Angeles County Superior Court, as required by 28 U.S.C. § 1446(d).

///

WHEREFORE, defendant respectfully requests that the above-captioned matter be removed to this Court.

Dated: December 2, 2020                SNYDER BURNETT EGERER, LLP

 /s/ Sean R. Burnett
_____
By: Sean R. Burnett / Jessica Farley
Attorneys for Defendant TARGET CORPORATION