# EXHIBIT 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

_____

CONNIE TAYLOR BROADOUS,        )   Case No.
                               )   2:20-cv-10950 GW (JEMX)
            Plaintiff,         )
                               )   Hon. George H. Wu
      vs.                      )
                               )
                               )
TARGET CORPORATION;            )
individually and dba           )
TARGET STORE T-2329L;          )
and DOES 1 to 20,              )
                               )
            Defendants.        )
_____

DEPOSITION OF

CONNIE TAYLOR BROADOUS


August 10, 2021

11:00 a.m. to 1:22 p.m. (PDT)


TAKEN VIA ZOOM VIDEOCONFERENCE

THROUGH ESQUIRE DEPOSITION SOLUTIONS


Reported by:

Rose-Marie Robinson,
California CSR 14132,
NCRA Registered Professional Reporter,
Utah CCR, Idaho CSR.



```
                    A P P E A R A N C E S

For the Plaintiff:

        STEVEN BERKOWITZ
        ETEHAD LAW, APC
        150 SOUTH RODEO DRIVE
        SUITE 350
        BEVERLY HILLS, CALIFORNIA 90212
        (310) 550-1220
        STEVEN@ETEHADLAW.COM

For the Defendants:

        SEAN R. BURNETT
        SNYDER BURNETT EGERER, LLP
        5383 HOLLISTER AVENUE
        SUITE 240
        SANTA BARBARA, CALIFORNIA 93111
        (805) 692-2800
        SBURNETT@SBELAW.COM

                          -o0o-

 ///

 ///

 ///

 ///

 ///

 ///

 ///

 ///

 ///

 ///

 ///

 ///

 ///
```



```
 1   to Target?
 2        A.     To return a blender.
 3        Q.     Did you go with anybody?
 4        A.     Yes, I did.
 5        Q.     Who did you go with?
 6        A.     A coworker.
 7        Q.     What's her name?
 8        A.     Verna Stewart.
 9        Q.     Does Verna still work with you?
10        A.     Yes, she does.
11        Q.     What's her position?
12        A.     She's my assistant.
13        Q.     Give me an idea of what she assists you
14   with.  Does she set up meetings?
15        A.     Sets up my classes, scheduling.  I go out
16   and make the contacts as -- we set up classes for
17   other senior facilities or senior housing.  My
18   primary goal is to contact as many senior housing
19   facilities, and as I make contact, we set up
20   classes.  She sets them up and does the scheduling.
21        Q.     Okay.  How long has she worked with you?
22        A.     Going on two and a half years now.
23        Q.     Where were you coming from before you went
24   to Target on the day of the incident?
25        A.     My office.
```



```
 1       Q.    Who drove?
 2       A.    I did.
 3       Q.    When you entered the store, did you get a
 4   shopping cart?
 5       A.    No.
 6       Q.    This Target is -- the shopping level is on
 7   the second floor, is that right?
 8       A.    Yes.
 9       Q.    Did you take the escalators up?
10       A.    Yes.
11       Q.    Did you have the blender with you?
12       A.    Yes, I did.
13       Q.    Why were you returning the blender?
14       A.    I bought the wrong one.
15       Q.    After you got to the top of the
16   escalators, where did you go?
17       A.    I went to my right and returned the
18   blender that I purchased.  They told me to go get
19   what I wanted to make the exchange.
20       Q.    Okay.  So you went to guest service and --
21       A.    Yes.
22       Q.    -- returned the blender.  You got your
23   money back or credit card --
24       A.    Yes.  I went over to where the other
25   blenders were located.
```



```
 1       Q.     So from the guest service desk, did you
 2   turn around and walk straight down the aisle that's
 3   behind the cash registers?
 4       A.     Yes, I did.
 5       Q.     And is that the main aisle where you
 6   eventually slipped?
 7       A.     Yes, it is.
 8       Q.     And so you walked down that main aisle.
 9   Did you go directly to the section that had
10   blenders?
11       A.     Yes, I did.
12       Q.     How long do you think it took you to get
13   from where the cash registers are to the aisle where
14   the blenders are?
15       A.     I'm going to say three or four minutes
16   because I knew where I was going.
17       Q.     Did you have to go down that main aisle
18   and then take a right down the other main aisle?
19       A.     Yes, I made that right.
20       Q.     Once you got to the blender aisle, how
21   much time did you spend in the blender aisle?
22       A.     Maybe two minutes because I knew which one
23   I was going -- what I was exchanging it for.  So I
24   just said, "Oh, there it is," and picked it up and
25   turned around and went --
```



```
 1      Q.      After you --
 2      A.      -- back down the aisle.
 3      Q.      What were you wearing that day?
 4      A.      A pair of pants, a blouse, and some flat
 5   shoes.
 6      Q.      Do you still have those flat shoes?
 7      A.      Yes.
 8      Q.      I'll just ask you to hold on to those
 9   while this case is going on.
10      A.      Sure.
11      Q.      After you selected the blender, what did
12   you do?
13      A.      Turned around, headed back down that main
14   aisle towards the check-out.
15      Q.      How long do you think it took you, once
16   you selected the blender, to get back to the area
17   where the cash registers are?
18      A.      Another two, two and a half minutes.
19      Q.      When you first walked through the area
20   when you left guest service and you were going to
21   the aisle where the blenders were, did you see
22   anything on the ground?
23      A.      No, I did not.
24      Q.      Has Verna told you that she ever saw
25   anything on the ground?  Well, let me back up and
```



```
 1   lay some foundation.
 2           Did Verna walk with you to the aisle where
 3   the blenders are?
 4       A.   Yes, she did.
 5       Q.   Has Verna ever told you that she saw
 6   anything on the ground when you guys first walked
 7   through the area where the incident happened on your
 8   way to the blenders?
 9       A.   No.
10           MR. BERKOWITZ:  Objection.  Assumes facts
11   not discussed before.
12           Go ahead.
13       Q.   (BY MR. BURNETT)  Let me ask the question
14   again just to make sure we got an answer.
15           When you walked away from -- well, let me
16   ask this:  The incident happened in the main aisle
17   by the cash registers; right?
18       A.   Yes.
19       Q.   And is that an area that you walked past
20   on your way to the blenders?
21       A.   Yes.  But to the right side, yes.  The
22   right side going back down to my left, yes.
23       Q.   So you're on the right side of that main
24   aisle as you passed the --
25           (Witness speaking over Mr. Burnett.)
```



```
 1      A.     Yes.  I pushed back off.
 2      Q.     Did you eventually fall to the ground?
 3      A.     Oh, yes.
 4      Q.     What part of your body -- other than when
 5   you put your hand down to push off, what part of
 6   your body hit the ground first?
 7      A.     My arm, then my left -- my left arm and my
 8   buttocks, and my back twisted because then I'm
 9   twisting and turning.
10      Q.     What caused you to slip?
11      A.     What caused me to slip?
12      Q.     Yeah.
13      A.     There was a type of fluid on the floor.
14      Q.     What color was it?
15      A.     I'm not sure.
16      Q.     Did you see the fluid before you slipped?
17      A.     No, I did not.
18      Q.     How did that fluid get on the ground?
19      A.     I have no idea.
20      Q.     Have you talked to Verna about how the
21   fluid got on the ground?
22      A.     No.
23      Q.     How long had that fluid been on the ground
24   before you slipped?
25      A.     I don't know.
```



```
 1      Q.   Has Verna ever told you if she knows how
 2   long the fluid was on the ground before you slipped?
 3      A.   No.
 4      Q.   Are you aware of any Target -- they call
 5   them "team members," the employees -- are you aware
 6   of any Target team members that knew that the fluid
 7   was on the ground before you slipped?
 8      A.   No, I do not.
 9      Q.   Did you see any cart tracks in the fluid?
10      A.   Repeat that, please.
11      Q.   Let me ask you a foundational question.
12           Did you look at the fluid after you fell?
13      A.   It was all over me.  It was clear-looking
14   to me.
15      Q.   Was there anything that you observed about
16   the fluid that led you to believe that it had been
17   there for a long period of time?
18      A.   No.
19      Q.   It wasn't dirty?  It was just clear?
20      A.   It was clear.
21      Q.   When you first hit the ground, did you
22   have any pain?
23      A.   Yes.
24      Q.   Where did you have pain?
25      A.   My side, my right side, all of that was
```

