# EXHIBIT 4

```
 1                    UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3

 4    CONNIE TAYLOR BROADOUS,           )
                                        )
 5                Plaintiff,            )
                                        )
 6                                      ) Case No:   2:20-cv-10950 GW
                                        )             (JEMx)
 7                vs.                   )
                                        )
 8    TARGET CORPORATION; individually  )
      and dba TARGET STORE T-2329; and  )
 9    DOES 1 to 20,                     )
                                        )
10                                      )
                  Defendants.           )
11    _____)

12

13
                   REMOTE VIDEOCONFERENCE DEPOSITION OF
14
                              VERNA STEWART
15
                       THURSDAY, OCTOBER 7, 2021
16

17

18

19

20

21

22

23    Reported by:   Lisa Lemus, CSR No. 11484

24

25
```



```
 1                  Remote Videoconference Deposition of
 2   VERNA STEWART, taken on behalf of Defendants via Zoom
 3   appearance at 11300 Glenoaks Boulevard, Pacoima, California,
 4   at 11:31 a.m., Thursday, October 7, 2021, before LISA LEMUS,
 5   CSR No. 11484, a Certified Shorthand Reporters within and for
 6   the County of Ventura, State of California, pursuant to
 7   Notice.
 8
 9           *         *         *         *         *
10
11   APPEARANCES:
12   For the Plaintiff:
13           ETEHAD LAW, APC
             BY:  STEVEN BERKOWITZ
14           Attorney at Law
             150 South Rodeo Drive
15           Suite 350
             Beverly Hills, California 90212
16
17   For the Defendants:
18           SNYDER BURNETT EGERER, LLP
             BY:  SEAN R. BURNETT
19           Attorney at Law
             5383 Hollister Avenue
20           Suite 240
             Santa Barbara, California 93111
21
22
23
24
25
```



```
 1      Q.  Do you have any immediate plans of moving?
 2      A.  No.
 3      Q.  And who do you live with?
 4      A.  Alone.
 5      Q.  What do you do for a living?
 6      A.  At this time I'm an administrative assistant.
 7      Q.  Where?
 8      A.  Valley Intercommunity Council.
 9      Q.  How long have you been in that role?
10      A.  Three years.
11      Q.  And who is your direct supervisor?
12      A.  Connie Broadous.
13      Q.  And just give me -- I don't need any great detail.  In
14  general what are the kind of duties that you have as an
15  administrative assistant for Connie Broadous?
16      A.  We are responsible for the evidence-based program.
17  Basically I arrange all the programs.  I make sure that
18  they're covered with staff.  I interview staff.  I turn in
19  paperwork to HR regarding staff.  I do payroll.
20      Q.  Sounds like you're a bit like my paralegal and you
21  kind of do whatever needs to get done?
22      A.  That's correct.
23      Q.  Okay.
24      A.  I do all the operational work.
25      Q.  And have you worked for Ms. Broadous for the last
```



1           When you walked into Target, did you initially go to
2    the guest service desk?
3       A.  Yes, we did.
4       Q.  Did Connie make her return?
5       A.  Yes, she did.
6       Q.  Was it your understanding that Ms. Broadous wanted to
7    get a different type of blender?
8       A.  Yes.
9       Q.  Okay.  After making your return at the guest service
10   desk, what did you do?
11      A.  We went directly to the back where the blenders are.
12      Q.  Now, there's two paths that you could take from guest
13   service to get to, quote, the back.  The path that takes you
14   on the main aisle that goes in front of all the cash
15   registers, and then if you turn right from the guest service
16   desk, it will actually take you straight back away from the
17   entrance of the store towards the back wall.  Did you take the
18   path that took you across the front of the store past the cash
19   registers?
20      A.  Yes.
21      Q.  And when you walked that path, did you notice any
22   debris or liquid on the floor?
23      A.  No.
24      Q.  How long did it take you to get to the blender
25   section, if that's where you went first?



```
 1        Q.   When was the first time you saw this yellow liquid on
 2   the floor?
 3        A.   When Connie fell.
 4        Q.   I will tell you that I took Ms. Broadous's deposition,
 5   and I don't know if I'm going to have this exactly right and
 6   I'm not trying to put words in your mouth, I'm just trying to
 7   give you some context.  And I seem to recall her saying that
 8   the last thing she kind of remembered before she slipped was
 9   hearing you say, Connie, look out.  Does that ring a bell to
10   you?
11        A.   I called her name.
12        Q.   Okay.  And what did you say when you called her
13   name?
14        A.   I said, "Connie."  Because I saw her go down.
15        Q.   Okay.  So you didn't see the spill on the floor
16   until after you saw her starting to slip?
17        A.   Correct.
18        Q.   Do you know where this spill came from?
19        A.   No.  I don't know where it came from.
20        Q.   Do you know if a guest spilled this liquid?
21        A.   No.  I don't know that.
22        Q.   And you don't know if anybody from Target spilled
23   this liquid, correct?
24        A.   No.  I don't know that.
25        Q.   Are you aware of any Target team members that knew
```



1   this liquid soap or yellow substance was on the ground
2   before Ms. Broadous fell?
3        A.   No.  I don't.
4        Q.   How long was this liquid on the ground before
5   Ms. Broadous fell?
6        A.   I have no idea.
7        Q.   As you were walking -- as you were walking towards
8   the front lanes, did you see anybody drop anything on the
9   ground?
10       A.   No.
11       Q.   Did you see any individuals that were in the general
12  area of where Ms. Broadous fell as you were walking towards
13  the front lanes before she fell?
14       A.   Did I notice any individuals?
15       Q.   Yeah.
16       A.   Customers?
17       Q.   Yeah, you saw some customers there?
18       A.   Milling around, yeah.  Walking.
19       Q.   You didn't see any customers drop anything for
20  instance?
21       A.   No.
22       Q.   Tell me what you saw when you realized that
23  Ms. Broadous was going to slip or had slipped and was going
24  to fall?
25       A.   I saw her right foot go from under her and I think

