# EXHIBIT 5

1    **SNYDER BURNETT EGERER, LLP**
     **Sean R. Burnett (SB# 227952)**
2    **Jessica Farley (SB# 280123)**
     5383 Hollister Avenue, Suite 240
3    Santa Barbara, California 93111
     Telephone No.: 805.692.2800
4    Facsimile No.:  805.692.2801
     sburnett@sbelaw.com
5    jfarley@sbelaw.com

6    Attorneys for Defendant TARGET CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11   CONNIE TAYLOR BROADOUS,              Case No. 2:20-cv-10950 GW (JEMx)

12          Plaintiff,                    Hon. George H. Wu

13   v.
                                          **DECLARATION OF LUIS**
14   TARGET CORPORATION; individually     **SALDANA**
     and dba TARGET STORE T-2329; and
15   DOES 1 to 20,

16          Defendants.

17   _____/

18

19       I, Luis Saldana, declare as follows:

20       1.    I am over the age of eighteen.  I have personal knowledge of all the

21   facts set forth herein, and if called as a witness in this matter, I could and would

22   testify competently as to the matters set forth below.

23       2.    I am not an employee of Target, nor have I ever been an employee of

24   Target.

25       3.    On June 1, 2020, I was shopping at the Target store located at 11133

26   Balboa Blvd. in Granada Hills, California.

27       4.    On my way from the clothing department to the register to pay for my

28   items, I passed a female customer who was carrying a bottle of soap in her hand.

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

                                     1
                    **DECLARATION OF LUIS SALDANA**

5.      As I began to unload my items onto the conveyor belt at the register, I heard a loud noise that sounded like a "boom." It sounded to me as though something had been dropped.

6.      Within three seconds of the "boom," I heard a second loud noise. I immediately took a few steps back from the register and looked around. I observed an elderly woman on the floor.

7.      I had walked through the exact location of where the woman was on the floor less than 30 seconds before hearing the first loud noise (the "boom"). At the time that I walked through that location, there was no liquid on the floor.

8.      When I saw the woman on the floor, I immediately walked over to her to assist her. She was in a puddle of liquid. I determined the liquid was soap based on its touch, smell, appearance, and slippery consistency.

9.      I used napkins to help clean the soap off the woman's clothes and shoes, as well as from the floor around the woman.

10.     I did not see anyone spill the soap on the floor, but I believe it came from the female customer carrying the bottle of soap that I had passed on my way to the register. I believe this based on the following:

    (a)   at the time that I passed the customer with the soap, she had not yet reached the location of the spill in which the elderly woman subsequently slipped;

    (b)   at the time that I passed the customer with the soap, there was no liquid on the floor where the elderly woman subsequently fell; and

    (c)   I heard the "boom" noise within seconds of my passing the customer with the soap.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

///

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

2

**DECLARATION OF LUIS SALDANA**

1  Executed this 18th day of August, 2021, at Glendale, California.

2

3

DocuSigned by:

*Luis Saldana*

4  8F86322442494D4...

Luis Saldana

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

3

**DECLARATION OF LUIS SALDANA**