**SNYDER BURNETT EGERER, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California  93111
Telephone No.:  805.692.2800
Facsimile No.:   805.692.2801
sburnett@sbelaw.com
jfarley@sbelaw.com

Attorneys for Defendant TARGET CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONNIE TAYLOR BROADOUS, | Case No. 2:20-cv-10950 GW (JEMx) |
| Plaintiff, | Hon. George H. Wu |
| v. | |
| TARGET CORPORATION; individually and dba TARGET STORE T-2329; and DOES 1 to 20, | **STIPULATION AND REQUEST TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING DATE** |
| Defendants. | |

Through their counsel of record, plaintiff CONNIE TAYLOR BROADOUS and defendant TARGET CORPORATIO ("Target") hereby stipulate and request that the Court issue an Order continuing the currently-scheduled hearing on Target's Motion for Summary Judgment ("MSJ") from Tuesday, December 6, 2021, to Thursday, December 9, 2021.

WHEREAS,

1.    Plaintiff is scheduled to depose a Target team member on November 16, 2021, who has been on a leave of absence from work for several months and thus unavailable for deposition;

2.    Target filed its MSJ on November 8, 2021, and selected December 6, 2021, as the hearing date;

3.    The current deadline for plaintiff to file her Opposition to the MSJ is November 15, 2021, a day before the deposition of the Target Team Member;

4.    Plaintiff believes the Target Team Member may have information that is relevant to her Opposition to the MSJ;

5.    On November 9, 2021, and November 10, 2021, counsel for the parties met and conferred and agreed to briefly continue the hearing date on the MSJ so that plaintiff is able to depose the Target Team Member prior to the deadline for her Opposition;

6.    The parties agreed to continue the hearing to December 9, 2021, making plaintiff's Opposition deadline November 18, 2021; and

7.    The last day to hear motions in this case is December 16, 2021,

THEREFORE,

It is hereby stipulated by and between the parties through their respective attorneys of record that, if the Court allows, the hearing on Target's MSJ will be continued from December 6, 2021, to December 9, 2021.

IT IS SO STIPULATED.

Dated: November 12, 2021          SNYDER BURNETT EGERER, LLP

_____
By: Sean R. Burnett / Jessica Farley
Attorneys for Defendant TARGET
CORPORATION

Dated: November 12, 2021          ETEHAD LAW, APC

_____
By: Simon P. Etehad/Steven Berkowitz

**SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

**STIPULATION AND REQUEST TO CONTINUE MSJ HEARING DATE**

Attorney for Plaintiff CONNIE TAYLOR BROADOUS

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

3

**STIPULATION AND REQUEST TO CONTINUE MSJ HEARING DATE**