# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONNIE TAYLOR BROADOUS, | Case No. 2:20-cv-10950 GW (JEMx) |
| Plaintiff, | Hon. George H. Wu |
| v. | |
| TARGET CORPORATION; individually and dba TARGET STORE T-2329; and DOES 1 to 20, | **[PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING DATE** |
| Defendants. | |

_____/

Having considered the Stipulation and Request to Continue Motion for Summary Judgment Hearing Date, and finding good cause therefore, IT IS HEREBY ORDERED:

The Motion for Summary Judgment hearing date shall be continued from December 6, 2021 to December 9, 2021.

IT IS SO ORDERED.

Dated:

_____
Honorable George H. Wu

1

**[PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING DATE**