UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONNIE TAYLOR BROADOUS,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; individually and dba TARGET STORE T-2329; and DOES 1 to 20,<br><br>    Defendants.<br>_____/ | Case No. CV 20-10950-GW-JEMx<br><br>Hon. George H. Wu<br><br>**ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING DATE** |

Having considered the Stipulation and Request to Continue Motion for Summary Judgment Hearing Date, and finding good cause therefore, IT IS HEREBY ORDERED:

The Motion for Summary Judgment hearing date shall be continued from December 6, 2021 to December 9, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated: November 15, 2021

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

1

**[PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING DATE**