# EXHIBIT 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

---

CONNIE TAYLOR BROADOUS,   )  Case No.
                          )  2:20-cv-10950 GW (JEMX)
        Plaintiff,        )
                          )  Hon. George H. Wu
    vs.                   )
                          )
                          )
TARGET CORPORATION;       )
individually and dba      )
TARGET STORE T-2329L;     )
and DOES 1 to 20,         )
                          )
        Defendants.       )

---

DEPOSITION OF

CONNIE TAYLOR BROADOUS

August 10, 2021

11:00 a.m. to 1:22 p.m. (PDT)

TAKEN VIA ZOOM VIDEOCONFERENCE

THROUGH ESQUIRE DEPOSITION SOLUTIONS

Reported by:

Rose-Marie Robinson,
California CSR 14132,
NCRA Registered Professional Reporter,
Utah CCR, Idaho CSR.



```
 1      A.    In close proximity.  That's all I can say.
 2      Q.    But in that main aisle?
 3      A.    Yes, it was, yes.
 4      Q.    Was there any checker manning the
 5   checkstand closest to where the fluid was on the
 6   ground, if you know?
 7      A.    I don't know.  I don't know.
 8      Q.    Do you recall anything that either of
 9   those male guests said to you after you fell?
10      A.    They were just -- no -- "Just take your
11   time, ma'am.  Just sit here.  We're here to help
12   you.  Take your time."  Nice people.
13            MR. BERKOWITZ:  Whenever you get to the
14   right moment, could I have a five-minute break?
15            MR. BURNETT:  Yeah.  We can take a
16   five-minute break right now.
17            (Off record, 11:46 a.m. to 11:54 a.m.)
18            MR. BURNETT:  We're back on the record.
19      Q.    (BY MR. BURNETT)  Ms. Broadous, when we --
20   pronounce your name again for me.  Is it "Broadous"?
21   Am I pronouncing it correctly?
22      A.    You're correct.  "Broadous" is correct.
23   Yes, sir.
24      Q.    When we -- right before our break, I was
25   asking you about the interaction that you had with
```



```
 1      Q.   Did you see the spill being cleaned up?
 2      A.   Repeat that.
 3      Q.   Did you ever see the spill being cleaned
 4  up?
 5      A.   No.
 6      Q.   Did you see any team members in the
 7  general vicinity near the fluid right before you
 8  slipped?
 9      A.   No, I did not.
10      Q.   Do you remember completing a report with a
11  Target team member?
12      A.   No, I don't remember.
13      Q.   How long did it take for the ambulance to
14  arrive?  How long after you slipped did the
15  ambulance get there?
16      A.   I'm going to say 15, 20 minutes maybe.
17  Yeah.
18      Q.   What's Verna's address?
19      A.   She just moved.  I don't have her address.
20  I don't know it by heart.
21      Q.   And while you were waiting for the
22  ambulance, what was happening?
23      A.   People were moving around.  I was sitting
24  there trying to get composure.  Like I said, my body
25  was shaking.  I'm trying to just get myself
```



REPORTER'S CERTIFICATE

STATE OF UTAH )
)
COUNTY OF SALT LAKE )

I, ROSE-MARIE ROBINSON, a California Certified Shorthand Reporter and NCRA Registered Professional Reporter, hereby certify:

THAT the foregoing proceedings were taken before me via Zoom videoconference; the witness was placed under oath to tell the truth, the whole truth, and nothing but the truth; the proceedings were taken down by me in machine shorthand and thereafter my notes were transcribed through computer-aided transcription; the foregoing transcript constitutes a complete and accurate record of such deposition and of the whole thereof.

I further certify I am not a relative, acquaintance, or employee of any attorney or party in this case, and, as such, have no interest in the outcome of this case.

I have subscribed my name on this 20th day of August, 2021.

_____
Rose-Marie Robinson, RPR
California CSR 14132
Utah CCR 9884984-7801
Idaho CSR SRL-1089

