# EXHIBIT 7

```
 1                 UNITED STATES DISTRICT COURT

 2        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3

 4    CONNIE TAYLOR BROADOUS,         )
                                      )
 5                Plaintiff,          )
                                      )
 6                                    ) Case No:  2:20-cv-10950 GW
                                      )           (JEMx)
 7                vs.                 )
                                      )
 8    TARGET CORPORATION; individually)
      and dba TARGET STORE T-2329; and)
 9    DOES 1 to 20,                   )
                                      )
10                                    )
                  Defendants.         )
11    _____)

12

13
                 REMOTE VIDEOCONFERENCE DEPOSITION OF
14
                             VERNA STEWART
15
                      THURSDAY, OCTOBER 7, 2021
16

17

18

19

20

21

22

23    Reported by:  Lisa Lemus, CSR No. 11484

24

25
```



```
 1      A.   Connie always wears flats.
 2      Q.   After selecting the blender, what did you guys do?
 3      A.   We headed toward -- we came back the way we went, the
 4   main aisle toward the cash registers.
 5      Q.   And at some point did Ms. Broadous fall?
 6      A.   Yes, she did.
 7      Q.   And approximately where did she fall in relationship
 8   to the registers?
 9      A.   I believe the register -- if you're going back to
10   where the front of the store, it starts with register 23, then
11   21 then 19 and so on.  So I'm going to say she was between 23
12   and 21 but closer to 23 and to the left of it.
13      Q.   Were there any Target team members -- they call the
14   employees team members.  Were there any team members manning
15   cash register 23 at the time of the fall?
16      A.   No.
17      Q.   Were there any team members manning register 21 at the
18   time of the fall?
19      A.   Yes.
20      Q.   What did that person look like?
21      A.   She was a female.
22      Q.   Can you give me a description?
23      A.   Probably middle age.  I remember brown hair.  That's
24   about it.  Average looking.  White or Hispanic.
25      Q.   Okay.  Do you recall the length of her hair?
```



```
 1      A.   Yes.
 2      Q.   How many others?
 3      A.   One.
 4      Q.   What did that individual look like?
 5      A.   I'm not for sure.
 6      Q.   Did that individual identify themselves as a manager?
 7      A.   No.
 8      Q.   Do you remember any discussion at the scene about
 9   video cameras or video footage?
10      A.   No.
11      Q.   When you checked out at check lane 21 -- well, let me
12   back up.
13           When was the first time you saw somebody at check lane
14   21, a cashier?
15      A.   A cashier, when I -- when Connie asked me to make her
16   purchase.
17      Q.   Did you notice if the light at check stand 21 was on?
18      A.   Yes, it was.
19      Q.   Let me just ask the whole question.  I know you're
20   smart enough to know where I'm going.  But when -- when
21   Ms. Broadous fell, did you notice that there was a light on
22   at check stand 21 or is that something you discovered when
23   you went to purchase her item for her?
24      A.   Only when I went to purchase the item.
25      Q.   Okay.  So what I'm trying to get at is do you know
```



```
 1   that there was a cashier at check stand 21 when Ms. Broadous
 2   fell or you just know that there was one there when you went
 3   to purchase those items?
 4        A.   I think -- no.  There was a cashier there because
 5   there had been people in that aisle.
 6        Q.   Okay.  So you saw people in line at check stand 21?
 7        A.   Correct.
 8        Q.   At the time of the fall?
 9        A.   At some point -- at the time of the fall I was
10   concentrating on Connie.
11        Q.   Understood.
12             Did you hear any discussions at the scene about the
13   source of this liquid on the ground?
14        A.   Yes.
15        Q.   What did you hear?
16        A.   Okay.  So the first person that responded, she was
17   standing to my right.  She's the person that took down our
18   names and phone numbers.  She's the person that asked Connie
19   how she was doing.  So as we were talking, that second person
20   walked up to her, said something, I don't know.  But then that
21   second person walked away.  The first person said, they found
22   the bottle in the trash can.
23        Q.   Are you sure they said they found the bottle in the
24   trash can or may they have said they found the bottle on a
25   shelf?
```



1    A.  Yes.  We do a lot of sitting.

2    Q.  Other than the two individuals that assisted her that

3  were not Target team members, and the two Target team members

4  that you mentioned, and then the cashier, is there anyone else

5  that you interacted with that day at Target after the

6  incident?

7    A.  No.

8    Q.  Okay.  And nobody ever told you, whether it be either

9  of those individuals that were not Target team members or any

10 Target team member, ever said anything about how long this

11 liquid had been on the ground, correct?

12   A.  Correct.

13   Q.  Did you talk to the cashier at all about the incident?

14   A.  No.  I did not.

15   Q.  Do you know where the nearest Target team member was

16 when Ms. Broadous fell?

17   A.  No, I do not.

18       MR. BERKOWITZ:  I'll object to the last question with

19 respect to the term, Target team member, versus Target

20 employee.

21 BY MR. BURNETT:

22   Q.  Ms. Broadous, you understand that when I say Target

23 team member, as I mentioned earlier, that I'm talking about

24 Target employees?

25   A.  Yes.



```
1   STATE OF CALIFORNIA    )
                           )
2   COUNTY OF VENTURA      ) ss.

3

4                   CERTIFICATE OF REPORTER

5

6           I, Lisa Lemus, CSR No. 11484, a Certified

7   Shorthand Reporter, hereby certify that the witness in the

8   foregoing remote videoconference deposition was by me duly

9   sworn to tell the truth, the whole truth, and nothing but the

10  truth in the within-entitled cause;

11          That said deposition was taken in shorthand by

12  me, a disinterested person, at the time and place wherein

13  stated, and that the testimony of the said witness was

14  thereafter reduced to typewriting, by computer, under my

15  direction and supervision;

16          I further certify that I am not of counsel

17  or attorney for either or any of the parties to the said

18  deposition, nor in any way interested in the event of this

19  cause, and that I am not related to any of the parties

20  hereto.

21

22          Dated this 21st day of October, 2021.

23
                              
24          _____
              LISA LEMUS, CSR No. 11484
25            Certified Shorthand Reporter
```