# EXHIBIT 8

**SNYDER BURNETT EGERER, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
sburnett@sbelaw.com
jfarley@sbelaw.com

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONNIE TAYLOR BROADOUS, | Case No. 2:20-cv-10950 GW (JEMx) |
| Plaintiff, | Hon. George H. Wu |
| v. | **DEFENDANT TARGET CORPORATION'S RESPONSE TO FORM INTERROGATORIES (SET ONE)** |
| TARGET CORPORATION; individually and dba TARGET STORE T-2329; and DOES 1 to 20, | |
| Defendants. | |

| | | |
|---|---|---|
| **REQUESTING PARTY** | : | **Plaintiff, CONNIE TAYLOR BROADOUS** |
| **RESPONDING PARTY** | : | **Defendant, TARGET CORPORATION** |
| **SET NUMBER** | : | **One** |

Defendant TARGET CORPORATION ("responding party") responds to Form Interrogatories (Set One) of CONNIE TAYLOR BROADOUS ("requesting party") as follows:

These responses are made solely for the purpose, and in relation to, this action. Each response is given subject to appropriate objections (including, but not limited to, objections concerning competency, relevancy, materiality, propriety and admissibility) which would require the exclusion of any statement contained herein

---

1

**RESPONSE TO FORM INTERROGATORIES (SET ONE)**

|   |   |
|---|---|
|   | Charlie Fragozo, Ruth Ruelas, and Jonathan Colson, who may only be reached through counsel for responding party; Luis Saldana, whose contact information has already been provided |
| (b) | Upon information and belief, plaintiff and Verna Stewart |
| (c) | Upon information and belief, Verna Stewart; current team members Anita Pittman, Krystal Valdez, Marilyn Pineda, Charlie Fragozo, Ruth Ruelas, and Jonathan Colson, who may only be reached through counsel for responding party; Luis Saldana, whose contact information has already been provided |
| (d) | Upon information and belief, plaintiff and Verna Stewart; current team members Anita Pittman, Krystal Valdez, Marilyn Pineda, Charlie Fragozo, Ruth Ruelas, and Jonathan Colson, who may only be reached through counsel for responding party; Luis Saldana, whose contact information has already been provided |

**FORM INTERROGATORY NO. 12.2:**

Have **YOU OR ANYONE ACTING ON YOUR BEHALF** interviewed any individual concerning the **INCIDENT**? If so, for each individual state:

(a) the name, **ADDRESS**, and telephone number of the individual interviewed;

(b) the date of the interview; and

(c) the name, **ADDRESS**, and telephone number of the **PERSON** who conducted the interview.

**RESPONSE TO FORM INTERROGATORY NO. 12.2:**

Objection. Vague and ambiguous as to the term "interviewed" and "concerning." Further objection is made that this interrogatory requests information protected from disclosure by the attorney-client privilege and work-product doctrine. [*Coito v. Super. Ct.* (2012) 54 Cal.4th 480; *Scripps Health v. Super. Ct. (Reynolds)* (2003) 109 Cal.App.4th 529.] Subject to and without

waiving these objections, responding party states:

 (a) Plaintiff

 (b) 6/1/2020

 (c) Current team member Anita Pittman, who may only be reached through counsel for responding party.

Responding party's claims personnel and counsel have interviewed witnesses and potential witnesses concerning the incident in anticipation of or during the course of litigation. The details of those interviews will not be disclosed based on the foregoing objections. Discovery and investigation are ongoing and responding party reserve the right to amend this response.

**FORM INTERROGATORY NO. 12.3:**

Have **YOU OR ANYONE ACTING ON YOUR BEHALF** obtained a written or recorded statement from any individual concerning the **INCIDENT**? If so, for each statement state:

 (a) the name, **ADDRESS**, and telephone number of the individual from whom the statement was obtained;

 (b) the name, **ADDRESS**, and telephone number of the individual who obtained the statement;

 (c) the date the statement was obtained; and

 (d) the name, **ADDRESS**, and telephone number of each **PERSON** who has the original statement or a copy.

**RESPONSE TO FORM INTERROGATORY NO. 12.3:**

Objection. Vague and ambiguous as to "statement." Further objection is made that this interrogatory requests information protected from disclosure by the attorney-client privilege and work-product doctrine. [*Coito v. Super. Ct.* (2012) 54 Cal.4th 480; *Scripps Health v. Super. Ct. (Reynolds)* (2003) 109 Cal.App.4th 529.] Subject to and without waiving these objections, responding party states:

 (a) Plaintiff

(b) Current team member Anita Pittman, who may only be reached through counsel for responding party

(c)  6/1/2020

(d) Plaintiff; Responding party


(a) Luis Saldana

(b) 8/18/2021

(c) Responding party

(d) A copy of Mr. Saldana's declaration is produced concurrently herewith as Bates-numbered document TC00004-TC00006. Further, responding party's claims personnel and counsel have interviewed and obtained "statements" from current and/or former Team Members of responding party concerning the incident in anticipation of or during the course of litigation.  The time, place, and contents of those interviews, and identities of the Team Members will not be disclosed based on the foregoing objections.  Discovery and investigation are ongoing and responding party reserve the right to amend this response.

**FORM INTERROGATORY NO. 12.4:**

Do **YOU OR ANYONE ACTING ON YOUR BEHALF** know of any photographs, films, or videotapes depicting any place, object, or individual concerning the **INCIDENT** or plaintiff's injuries?  If so, state:

(a) the number of photographs or feet of film or videotape;

(b) the places, objects, or persons photographed, filmed, or videotaped;

(c) the date the photographs, films, or videotapes were taken;

(d) the name, **ADDRESS**, and telephone number of the individual taking the photographs, films, or videotapes; and

(e) the name, **ADDRESS**, and telephone number of each **PERSON** who has the original or a copy of the photographs, films, or videotapes.

10

**RESPONSE TO FORM INTERROGATORIES (SET ONE)**

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

**RESPONSE TO FORM INTERROGATORY NO. 12.4:**

Objection.  Vague and ambiguous as to the terms "concerning the incident." Further objection is made that this interrogatory requests information protected from disclosure by the attorney-client privilege and work-product doctrine. [*Coito v. Super. Ct.* (2012) 54 Cal.4th 480; *Scripps Health v. Super. Ct. (Reynolds)* (2003) 109 Cal.App.4th 529.]  Subject to and without waiving these objections, and excluding those photos produced by plaintiff in written discovery, responding party states: Yes.

(a)   2 photographs

(b)   The broken bottle of soap involved in the incident; the spill

(c)   6/1/2020

(d)   Current team member Ruth Ruelas, who may only be reached through counsel for responding party

(e)   The photographs are produced concurrently herewith as Bates-numbered documents TC00002-TC00003.

Discovery and investigation are ongoing and responding party reserve the right to amend this response.

**FORM INTERROGATORY NO. 12.5:**

Do **YOU OR ANYONE ACTING ON YOUR BEHALF** know of any diagram, reproduction, or model of any place or thing (except for items developed by expert witnesses covered by Code of Civil Procedure sections 2034.210-2034.310) concerning the **INCIDENT**?  If so, for each item state:

(a)   the type (i.e., diagram, reproduction, or model);

(b)   the subject matter: and

(c)   the name, **ADDRESS**, and telephone number of each **PERSON** who has it.

**RESPONSE TO FORM INTERROGATORY NO. 12.5:**

Objection.  Vague and ambiguous as to the terms "concerning the incident."

SNYDER BURNETT EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

Further objection is made that this interrogatory requests information protected from disclosure by the attorney-client privilege and work-product doctrine. [*Coito v. Super. Ct.* (2012) 54 Cal.4th 480; *Scripps Health v. Super. Ct. (Reynolds)* (2003) 109 Cal.App.4th 529.]

Subject to and without waiving these objections, responding party states: No.

**FORM INTERROGATORY NO. 12.6:**

Was a report made by any **PERSON** concerning the **INCIDENT**? If so, state:

    (a)    the name, title, identification number, and employer of the **PERSON** who made the report;

    (b)    the date and type of report made;

    (c)    the name, **ADDRESS**, and telephone number of the **PERSON** for whom the report was made; and

    (d)    the name, **ADDRESS**, and telephone number of each **PERSON** who has the original or a copy of the report.

**RESPONSE TO FORM INTERROGATORY NO. 12.6:**

Objection. Vague and ambiguous as to the terms "report" and "concerning the incident." Further objection is made that this interrogatory requests information protected from disclosure by the attorney-client privilege and work-product doctrine. [*Coito v. Super. Ct.* (2012) 54 Cal.4th 480; *Scripps Health v. Super. Ct. (Reynolds)* (2003) 109 Cal.App.4th 529.] Subject to and without waiving these objections, responding party states: Yes.

    (a)    Current team member Anita Pittman, who may only be reached through counsel for responding party

    (b)    Guest Incident Report; 6/1/2020

    (c)    Plaintiff; Responding party

    (d)    Plaintiff; Responding party

12
RESPONSE TO FORM INTERROGATORIES (SET ONE)

SNYDER BURNETT EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

==Responding party's team members, claims personnel, and counsel have prepared internal reports of the incident on behalf of responding party at the direction of counsel in anticipation of litigation. The contents of those reports will not be disclosed based on the foregoing objections.== Discovery and investigation are ongoing and responding party reserves the right to amend this response.

**FORM INTERROGATORY NO. 12.7:**

Have **YOU OR ANYONE ACTING ON YOUR BEHALF** inspected the scene of the incident? If so, for each inspection state:

(a)  the name, **ADDRESS**, and telephone number of the individual making the inspection (except for expert witnesses covered by Code of Civil Procedure sections 2034.210-2034.310); and

(b)  the date of the inspection.

**RESPONSE TO FORM INTERROGATORY NO. 12.7:**

Objection. Vague and ambiguous as to "inspected." Further objection is made that this interrogatory requests information protected from disclosure by the attorney-client privilege and work-product doctrine. [*Coito v. Super. Ct.* (2012) 54 Cal.4th 480; *Scripps Health v. Super. Ct. (Reynolds)* (2003) 109 Cal.App.4th 529.] Subject to and without waiving these objections, responding party states:

Target Team Members perform regular inspections throughout the day which would have included the area where the incident occurred. Responding party further notes that all Target team members are trained and instructed in many ways to inspect and monitor store premises on a constant and ongoing basis and to stay diligent to ensure the Target safety "brand." Responding party's counsel has also conducted an "inspection" of the scene of the incident as part of litigation. The details of this will not be disclosed pursuant to the foregoing objections.

**FORM INTERROGATORY NO. 13.1:**

Have YOU OR ANYONE ACTING ON YOUR BEHALF conducted surveillance of any individual in the INCIDENT or any party to this action? If so,

1  **RESPONSE TO FORM INTERROGATORY NO. 17.1:**

2       Not applicable as no requests for admission were served.

3

4  Dated: September 14, 2021               SNYDER BURNETT EGERER, LLP

5

6                                          _[signature: Jessica Farley]_

7                                          By: Sean R. Burnett / Jessica Farley
                                           Attorneys for defendant TARGET
8                                          CORPORATION

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

22
**RESPONSE TO FORM INTERROGATORIES (SET ONE)**

## **VERIFICATION**

STATE OF MINNESOTA   )
                     )   SS.
COUNTY OF HENNEPIN   )

      Justino Schoeder, Lead Paralegal of Target Enterprise, Inc. after being duly sworn on oath, states that he is an authorized signatory of Target Corporation, a Defendant in the above-entitled cause, and that he verifies the foregoing ***DEFENDANT TARGET CORPORATION'S RESPONSE TO FORM INTERROGATORIES (SET ONE)*** for and on behalf of said Defendant and is duly authorized to do so; that certain of the matters stated in the foregoing, ***DEFENDANT TARGET CORPORATION'S RESPONSE TO FORM INTERROGATORIES (SET ONE)*** are not within the personal knowledge of signatory and that signatory is informed that there is no Officer or Managing Agent of the Defendant who has personal knowledge of such matters; that the facts stated in said Response have been assembled by authorized employees and counsel of Defendant, and signatory is informed that the facts stated in said Response are true and correct.

      I certify, under penalty of perjury and pursuant to the laws of the State of California, that the foregoing is true and correct.

This September 14, 2021

                                                        Justino Schoeder
                                                         Lead Paralegal
                                                         Target Enterprise, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

    I am employed by the firm of Snyder Burnett Egerer, LLP, in the County of Santa Barbara, State of California. I am over the age of 18 and not a party to the within action; my business address is 5383 Hollister Avenue, Suite 240, Santa Barbara, California 93111.

    On September 14, 2021 I served the foregoing document(s) described as **DEFENDANT TARGET CORPORATION'S RESPONSE TO FORM INTERROGATORIES (SET ONE)** on all parties of record in this action by placing a true and correct copy thereof in a sealed envelope or package addressed as follows:

| | |
|---|---|
| Simon P. Etehad<br>Steven Berkowitz<br>Etehad Law, APC<br>150 South Rodeo Drive, Suite 350<br>Beverly Hills, California 90212<br>Telephone: 310.550.1220<br>Facsimile: 888.266.5502<br>Email: steven@etehadlaw.com<br>       simon@etehadlaw.com<br>       info@etehadlaw.com | *Attorneys for Plaintiff*<br>***CONNIE TAYLOR BROADOUS*** |

\_\_\_\_ I caused such envelope or package with postage thereon fully prepaid to be placed in the United States mail at Santa Barbara, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day from the date of deposit for mailing in the affidavit.

**XX** I caused the foregoing document to be sent to the persons at the electronic notification address(es) designated below. This is necessitated during the declared national emergency due to the Coronavirus (COVID-19) pandemic. Therefore, the document(s) referenced above is/are served only by using electronic mail.

    Executed on September 14, 2021 at Santa Barbara, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Jessica Farley*
_____
Jessica Farley