# EXHIBIT 9

**SNYDER BURNETT EGERER, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
sburnett@sbelaw.com
jfarley@sbelaw.com

Attorneys for Defendant TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONNIE TAYLOR BROADOUS, | Case No. 2:20-cv-10950 GW (JEMx) |
| Plaintiff, | Hon. George H. Wu |
| v. | |
| TARGET CORPORATION; individually and dba TARGET STORE T-2329; and DOES 1 to 20, | **DEFENDANT TARGET CORPORATION'S RESPONSE TO INTERROGATORIES (SET ONE)** |
| Defendants. | |

REQUESTING PARTY    :    Plaintiff, CONNIE TAYLOR BROADOUS,

RESPONDING PARTY    :    Defendant, TARGET CORPORATION

SET NUMBER                    :    One

Defendant TARGET CORPORATION ("responding party") responds to Special Interrogatories (Set One) of CONNIE TAYLOR BROADOUS, ("requesting party") as follows:

These responses are made solely for the purpose, and in relation to, this action. Each response is given subject to appropriate objections (including, but not limited to, objections concerning competency, relevancy, materiality, propriety and admissibility) which would require the exclusion of any statement contained herein

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

1

RESPONSE TO INTERROGATORIES (SET ONE)

**INTERROGATORY NO. 5:**

Please describe the nature and type of liquid on the floor of the TARGET STORE upon which Plaintiff alleges she slipped and fell.

**RESPONSE TO INTERROGATORY NO. 5:**

Dish liquid, also known as soap.

**INTERROGATORY NO. 6:**

Please describe the name of the product containing the liquid on the floor of the TARGET STORE upon which Plaintiff alleges she slipped and fell.

**RESPONSE TO INTERROGATORY NO. 6:**

Ultra Ajax dish liquid.

**INTERROGATORY NO. 7:**

Was any investigation performed at the TARGET STORE by Defendant to identify the liquid on the floor of the TARGET STORE upon which Plaintiff alleges that she slipped and fell.

**RESPONSE TO INTERROGATORY NO. 7:**

Objection. Vague and ambiguous as to "investigation."

Subject to and without waiving this objection, responding party states: Yes.

**INTERROGATORY NO. 8:**

==If there was an investigation performed at the TARGET STORE by Defendant to identify the liquid on the floor of the TARGET STORE upon which Plaintiff alleges that she slipped and fell, IDENTIFY the persons who performed such investigation.==

**RESPONSE TO INTERROGATORY NO. 8:**

Objection. Vague and ambiguous as to "investigation."

==Subject to and without waiving this objection, responding party states: Team member Ruth Ruelas, who may only be reached through counsel for responding party.==

///

**INTERROGATORY NO. 9:**

If there was an investigation performed at the TARGET STORE by Defendant to identify the liquid on the floor of the TARGET STORE upon which Plaintiff alleges that she slipped and fell, state when such investigation occurred.

**RESPONSE TO INTERROGATORY NO. 9:**

Objection. Vague and ambiguous as to "investigation."

Subject to and without waiving this objection, responding party states: On June 1, 2020, while plaintiff was still at Target.

**INTERROGATORY NO. 10:**

If there was an investigation performed at the TARGET STORE by Defendant to identify the liquid on the floor of the TARGET STORE upon which Plaintiff alleges that she slipped and fell, state in detail the results of such investigation.

**RESPONSE TO INTERROGATORY NO. 10:**

Objection. Vague and ambiguous as to "investigation." Further objection is made that this interrogatory calls for a narrative and is harassing in light of the fact that a PMK will be deposed on this subject matter.

Subject to and without waiving this objection, responding party states: Ruth Ruelas spoke with guest Luis Saldana who provided information about the cause of the spill.

**INTERROGATORY NO. 11:**

Estimate how long the liquid remained on the floor of the TARGET STORE upon which Plaintiff alleges that she slipped and fell, before her slip and fall.

**RESPONSE TO INTERROGATORY NO. 11:**

3 seconds.

**INTERROGATORY NO. 12:**

IDENTIFY all employees at the TARGET STORE who engaged in the clean up of the liquid on the floor of the TARGET STORE upon which Plaintiff

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

5

RESPONSE TO INTERROGATORIES (SET ONE)

**RESPONSE TO INTERROGATORY NO. 20:**

Objection. This interrogatory is not reasonably calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO. 21:**

For each manager identified in response to Interrogatory No. 19, describe such person's duties and responsibilities with the TARGET STORE on June 1, 2020.

**RESPONSE TO INTERROGATORY NO. 21:**

Objection. This interrogatory is not reasonably calculated to lead to the discovery of admissible evidence.

Dated: September 14, 2021          SNYDER BURNETT EGERER, LLP

*/s/ Jessica Farley*

By: Sean R. Burnett / Jessica Farley
Attorneys for Defendant TARGET CORPORATION

## VERIFICATION

STATE OF MINNESOTA    )
                     )  SS.
COUNTY OF HENNEPIN    )

      Justino Schoeder, Lead Paralegal of Target Enterprise, Inc. after being duly sworn on oath, states that he is an authorized signatory of Target Corporation, a Defendant in the above-entitled cause, and that he verifies the foregoing **_DEFENDANT TARGET CORPORATION'S RESPONSE TO INTERROGATORIES (SET ONE)_** for and on behalf of said Defendant and is duly authorized to do so; that certain of the matters stated in the foregoing, **_DEFENDANT TARGET CORPORATION'S RESPONSE TO INTERROGATORIES (SET ONE)_** are not within the personal knowledge of signatory and that signatory is informed that there is no Officer or Managing Agent of the Defendant who has personal knowledge of such matters; that the facts stated in said Response have been assembled by authorized employees and counsel of Defendant, and signatory is informed that the facts stated in said Response are true and correct.

      I certify, under penalty of perjury and pursuant to the laws of the State of California, that the foregoing is true and correct.

This September 14, 2021

                                                                Justino Schoeder
                                                                 Lead Paralegal
                                                                 Target Enterprise, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

    I am employed by the firm of Snyder Burnett Egerer, LLP, in the County of Santa Barbara, State of California. I am over the age of 18 and not a party to the within action; my business address is 5383 Hollister Avenue, Suite 240, Santa Barbara, California 93111.

    On September 14, 2021 I served the foregoing document(s) described as **DEFENDANT TARGET CORPORATION'S RESPONSE TO INTERROGATORIES (SET ONE)** on all parties of record in this action by placing a true and correct copy thereof in a sealed envelope or package addressed as follows:

| | |
|---|---|
| Simon P. Etehad | *Attorneys for Plaintiff* |
| Steven Berkowitz | *CONNIE TAYLOR BROADOUS* |
| Etehad Law, APC | |
| 150 South Rodeo Drive, Suite 350 | |
| Beverly Hills, California 90212 | |
| Telephone: 310.550.1220 | |
| Facsimile: 888.266.5502 | |
| Email: steven@etehadlaw.com | |
|        simon@etehadlaw.com | |
|        info@etehadlaw.com | |

____ I caused such envelope or package with postage thereon fully prepaid to be placed in the United States mail at Santa Barbara, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day from the date of deposit for mailing in the affidavit.

_XX_ I caused the foregoing document to be sent to the persons at the electronic notification address(es) designated below. This is necessitated during the declared national emergency due to the Coronavirus (COVID-19) pandemic. Therefore, the document(s) referenced above is/are served only by using electronic mail.

    Executed on September 14, 2021 at Santa Barbara, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Jessica Farley*
_____
Jessica Farley