# EXHIBIT 12

**SNYDER BURNETT EGERER, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
sburnett@sbelaw.com
jfarley@sbelaw.com

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONNIE TAYLOR BROADOUS, | Case No. 2:20-cv-10950 GW (JEMx) |
| Plaintiff, | Hon. George H. Wu |
| v. | |
| TARGET CORPORATION; individually and dba TARGET STORE T-2329; and DOES 1 to 20, | **DEFENDANT'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FRCP 26(e)** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26(e), defendant TARGET CORPORATION ("defendant") hereby supplements its initial disclosures:

Defendant reserves the right to revise, withdraw, and/or supplement the disclosures made herein. These disclosures are made without waiver, intentional or otherwise, of any and all privileges provided by law, including without limitation, attorney-client privilege and the work product privilege. Defendant reserves the right not to disclose information subject to privilege, work product, or privacy and trade secret protections. Defendant reserves all objections as to discoverability, admissibility, and/or relevance of any and all documents disclosed pursuant to this initial disclosure.

By making the following disclosures, defendant does not represent that it has presently identified every document, tangible thing, and witness it may use at trial to support its claims and/or defenses. Defendant identifies every document, tangible thing, and witness of which/whom it is presently aware it may use to support its claims and/or defenses. Defendant reserves its right to call any witness or present any exhibits or items at trial not listed herein but determined through discovery or further investigation to support its claims and/or defenses.

## I. WITNESSES

The following list of witnesses is based on information reasonably available to defendant at this time and constitutes a list of witnesses that it may use at trial to support its claims or defenses, with the exception of expert witnesses and those witnesses intended for impeachment purposes only.

| Name | Contact Information | Potential Testimony |
|---|---|---|
| Plaintiff | c/o Etehad Law, APC | Incident facts, damages |
| Anita Pittman | c/o Snyder Burnett Egerer | Incident facts |
| Ruth Ruelas | c/o Snyder Burnett Egerer | Incident facts; PMK re incident |
| Laleh Jafari | c/o Snyder Burnett Egerer | PMK re video surveillance |
| Jonathan Colson | c/o Snyder Burnett Egerer | Corroborating testimony on video surveillance |
| Luis Saldana | 818-636-9920; luissaldana@me.com | Incident facts |

///

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

2
DEFENDANT'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FRCP 26(e)

## II. DOCUMENTS AND TANGIBLE THINGS

The following is a list of documents and tangible things that defendant may use to support its claims or defenses, with the exception of expert discovery and those documents intended for impeachment purposes only. Investigation and discovery are continuing, and defendant reserves the right to amend this list as additional documents or tangible things are discovered:

| Document Description | Location |
|---|---|
| Guest Incident Report | Provided to plaintiff concurrently herewith as TC00001 |
| 2 photographs from date of incident, taken by Ruth Ruelas | Provided to plaintiff concurrently herewith as TC00002-03 |
| Photographs attached as Exhibits to plaitniff's deposition | Originals in plaintiff's possession |
| Plaintiff's medical records | c/o plaintiff, her counsel, and her medical providers |

## III. INSURANCE

Defendant is insured through a general liability policy issued by ACE American Insurance Company, 436 Walnut Street, Philadelphia, Pennsylvania 19106-3703. Target will make the declarations page for this policy available for inspection and/or copying upon request.

Dated: September 10, 2021

SNYDER BURNETT EGERER, LLP

*/s/ Jessica Farley*
_____
By: Sean R. Burnett / Jessica Farley
Attorneys for Defendant TARGET CORPORATION

**SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

3

**DEFENDANT'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FRCP 26(e)**

# Guest Incident Report

Location #: T2329    Report #: 108221 H

## Guest Information

First Name: Connie    Last Name: Broadous

Guardian Name (if a minor):

Address: 11060 Norris Ave #1B City: Pacoima  State: CA  Zip: 91331

Phone: (home, work, cell, other)  H: -   -    W: -    -    C: 818-979-1794  O: -   -

### Persons with the Guest (Name, Relationship, Contact Information)

Name: Verna Stewart    Relationship to guest: Supervisor

Address: 12952 Desmond City: St Pacoima  State: CA Zip: 91331 Phone:

Name:    Relationship to guest:

Address:  City:    State: Zip:  Phone:

## Incident Information

Date of Incident:    Time of Incident:    Circle: AM or PM

Date Reported to Store:    By Phone ☐   In Person ☐

Location of the Incident: (aisle, department, nearby landmarks, be specific)

Guest Description of the incident, injury and/or damage (in their own words). Guest states that:
Walking to checkout slipped and fell in yellow liquid (Dish Soap) Fell on Hard on back and bottom was Holding a box and Hurt right arm

### Questions to ask the Guest

What was the cause of the incident?
Slipped on Soap on Floor

Are your clothes wet or damaged? ☒ Yes ☐ No
If Yes, please describe: Clothes are wet

What type of shoes are you wearing? Flats

Was the floor/ground clean and dry? ☐ Yes ☒ No
If No, please describe the condition in detail: (color, size, weight, quantity of substance, name of product, etc.)
a large amount about about 8-10 inches

Was an object involved? ☐ Yes ☒ No
If Yes, please describe the object in detail: (size, weight, merchandise, name of product, etc).

Were you injured? ☒ Yes ☐ No
If Yes, please describe in detail: Back and bottom right arm

## Guest Signature

Print Name: Connie Broadous    Signature: /s/    Date: 6/1/20

## LOD Completing Report

Print Name: Anita Pittman  Title: ETL    Signature: /s/ Anita Pitt    Date: 06/01/2020

Note to Guest: A representative of our company will contact you within the next few days. If you have any questions before that time, please call 800-553-8723 (Monday through Friday, 8:00 am to 5:00 pm CST)

White: Guest Reporting Center Copy / Pink: Guest Copy / Yellow: Store Copy

F6792.03 (7/08)

6-24-2020    108221H0001    5820200624005693

TC00001





TC00003

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am employed by the firm of Snyder Burnett Egerer, LLP, in the County of Santa Barbara, State of California. I am over the age of 18 and not a party to the within action; my business address is 5383 Hollister Avenue, Suite 240, Santa Barbara, California 93111.

On September 10, 2021 I served the foregoing document(s) described as **DEFENDANT'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FRCP 26(e)** on all parties of record in this action by placing a true and correct copy thereof in a sealed envelope or package addressed as follows:

| | |
|---|---|
| **Simon P. Etehad**<br>**Steven Berkowitz**<br>**Etehad Law, APC**<br>150 South Rodeo Drive, Suite 350<br>Beverly Hills, California 90212<br>Telephone: 310.550.1220<br>Facsimile: 888.266.5502<br>Email: steven@etehadlaw.com<br>        simon@etehadlaw.com<br>        info@etehadlaw.com | *Attorneys for Plaintiff*<br>*CONNIE TAYLOR BROADOUS* |

____ I caused such envelope or package with postage thereon fully prepaid to be placed in the United States mail at Santa Barbara, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day from the date of deposit for mailing in the affidavit.

 XX  I caused the foregoing document to be sent to the persons at the electronic notification address(es) designated below. This is necessitated during the declared national emergency due to the Coronavirus (COVID-19) pandemic. Therefore, the document(s) referenced above is/are served only by using electronic mail.

Executed on September 10, 2021 at Santa Barbara, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Tracy D. Brower