# EXHIBIT 13

# Laurel Shaddix

| | |
|---|---|
| **From:** | Jessica Farley |
| **Sent:** | Tuesday, September 14, 2021 5:28 PM |
| **To:** | Steven Berkowitz; Sean Burnett |
| **Cc:** | Simon Etehad; Tracy Brower |
| **Subject:** | RE: Broadous v. Target |
| **Attachments:** | Target's Resp to Rogs (Set One).pdf; Target's Resp to FRogs (Set One).pdf; Target's Resp to RFP (Set One).pdf; Broadous v. Target Stipulated Protective Order - draft.docx |

Steven,

Attached are Target's verified discovery responses. Thank you again for your patience.

I am also attaching a draft Stipulated Protective Order for your review and signature. If you have any changes, please highlight them so they are easy to see. If it looks good as is, please sign and return so that we can file the SPO and serve you with the "confidential" document production. As I mentioned last week, this confidential production is 6 pages of documents that are responsive to some of plaintiff's "policies and procedures" discovery requests.

The earliest we can do the PMQ deposition on the security video system is **Sept. 28th**. The deposition can start as early as 10:00 AM. Please let us know as soon as possible if this date works for you so that we can make sure it is held.

Our witness for the second PMQ deposition will not get her work schedule until this Thursday afternoon. Once we have it, we can provide you with dates for that deposition.

I understand you and Sean are talking about Mr. Saldana's deposition and Verna's deposition. We also need dates for plaintiff to be available for an IME. I know we have mutually agreed to allow the depos to occur past the fact discovery cutoff, if necessary, and we're willing to apply the same flexibility to plaintiff's IME.

We look forward to hearing from you.

Thanks,

Jessica

**Jessica Farley** | Partner | **SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue, Suite 240 | Santa Barbara, CA 93111
*Direct* 805.456.7294 | *Office* 805.692.2800 | *Facsimile* 805.692.2801
Email | Website | USLAW NETWORK

**Confidentiality Notice:** This email message is intended for the sole use of the individual(s) to whom it is addressed. Unless otherwise indicated or obvious from the nature of the transmittal, the information in this email may contain privileged information protected by the attorney-client privilege or attorney work-product doctrine recognized under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, duplication, distribution or copying of this transmission is strictly prohibited. If you receive this message in error, immediately notify the sender by telephone at 805.692.2800, and return the original message to jfarley@sbelaw.com.

**From:** Steven Berkowitz <steven@etehadlaw.com>
**Sent:** Monday, September 13, 2021 4:04 PM

**Laurel Shaddix**

| | |
|---|---|
| **From:** | Jessica Farley |
| **Sent:** | Friday, September 17, 2021 5:39 PM |
| **To:** | Steven Berkowitz; Sean Burnett |
| **Cc:** | Simon Etehad; Tracy Brower |
| **Subject:** | RE: Broadous v. Target |

Steven,

This follows a message I left with your office today. I am following up on my emails to you below so that we can move forward wih the depos.

I am also still waiting for the executed SPO from you so that we can file it and get you the remainder of Target's document production.

Thanks,

Jessica

**Jessica Farley**  |  Partner  |  **SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue, Suite 240  |  Santa Barbara, CA 93111
*Direct* 805.456.7294  |  *Office* 805.692.2800  |  *Facsimile* 805.692.2801
Email  |  Website  |  USLAW NETWORK

**Confidentiality Notice:** This email message is intended for the sole use of the individual(s) to whom it is addressed. Unless otherwise indicated or obvious from the nature of the transmittal, the information in this email may contain privileged information protected by the attorney-client privilege or attorney work-product doctrine recognized under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, duplication, distribution or copying of this transmission is strictly prohibited. If you receive this message in error, immediately notify the sender by telephone at 805.692.2800, and return the original message to jfarley@sbelaw.com.

**From:** Jessica Farley
**Sent:** Wednesday, September 15, 2021 5:30 PM
**To:** Steven Berkowitz <steven@etehadlaw.com>; Sean Burnett <sburnett@sbelaw.com>
**Cc:** Simon Etehad <simon@etehadlaw.com>; Tracy Brower <tbrower@sbelaw.com>
**Subject:** RE: Broadous v. Target
**Importance:** High

Steven,

Luis provided us with Oct. 2nd at 2pm as his availability for his deposition. Please confirm.

Please also confirm if you want to depose our PMQ re security on Sept. 28th.

Finally, please provide your client's availability for an IME.

Thank you,

# Laurel Shaddix

| | |
|---|---|
| **From:** | Jessica Farley |
| **Sent:** | Friday, September 24, 2021 12:37 PM |
| **To:** | Steven Berkowitz; Ani Zeynalvand |
| **Cc:** | Simon Etehad; Sean Burnett; Tracy Brower |
| **Subject:** | RE: Broadous v. Target |

Steven,

Oct. 4 will be the PMQ re the video.  We have availability for the second PMQ on Oct. 8, starting as early as 2:30 pm.  **Please confirm.**

I have spoken with Mr. Saldana, and he requested a weekend deposition because he works all day.  He provided me with Oct. 2nd at 2pm.  This date and time works for my office.  Does it work for you?

Are you going to sign the SPO that we sent over?

Jessica

**Jessica Farley**  |  Partner  |  **SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue, Suite 240  |  Santa Barbara, CA 93111
*Direct* 805.456.7294  |  *Office* 805.692.2800  |  *Facsimile* 805.692.2801
Email  |  Website  |  USLAW NETWORK

**Confidentiality Notice:** This email message is intended for the sole use of the individual(s) to whom it is addressed. Unless otherwise indicated or obvious from the nature of the transmittal, the information in this email may contain privileged information protected by the attorney-client privilege or attorney work-product doctrine recognized under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, duplication, distribution or copying of this transmission is strictly prohibited. If you receive this message in error, immediately notify the sender by telephone at 805.692.2800, and return the original message to jfarley@sbelaw.com.

**From:** Steven Berkowitz <steven@etehadlaw.com>
**Sent:** Thursday, September 23, 2021 12:25 PM
**To:** Jessica Farley <jfarley@sbelaw.com>
**Cc:** Simon Etehad <simon@etehadlaw.com>; Sean Burnett <sburnett@sbelaw.com>; Tracy Brower <tbrower@sbelaw.com>
**Subject:** Re: Broadous v. Target

Oct. 4 is good for me.  I understand there may be two PMQs.  Is that true?

I wish to take Luis Saldana's deposition on a weekday, at 7:00 p.m.  I estimate the deposition will take less than 45 minutes to complete.  What weekdays at 7:00 p.m. works for you?

Steven Berkowitz

On Thu, Sep 23, 2021 at 8:51 AM Jessica Farley <jfarley@sbelaw.com> wrote:

> Steven,

## Laurel Shaddix

| | |
|---|---|
| **From:** | Jessica Farley |
| **Sent:** | Tuesday, September 28, 2021 2:26 PM |
| **To:** | Steven Berkowitz; Simon Etehad; Ani Zeynalvand; Senior Paralegal Etehad Law |
| **Cc:** | Sean Burnett; Tracy Brower |
| **Subject:** | RE: Broadous v. Target |

Steven,

I'm following up on the Protective Order.

Jessica

**Jessica Farley**  |  Partner  |  **SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue, Suite 240  |  Santa Barbara, CA 93111
*Direct* 805.456.7294  |  *Office* 805.692.2800  |  *Facsimile* 805.692.2801
Email  |  Website  |  USLAW NETWORK

**Confidentiality Notice:** This email message is intended for the sole use of the individual(s) to whom it is addressed. Unless otherwise indicated or obvious from the nature of the transmittal, the information in this email may contain privileged information protected by the attorney-client privilege or attorney work-product doctrine recognized under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, duplication, distribution or copying of this transmission is strictly prohibited. If you receive this message in error, immediately notify the sender by telephone at 805.692.2800, and return the original message to jfarley@sbelaw.com.

**From:** Steven Berkowitz <steven@etehadlaw.com>
**Sent:** Friday, September 24, 2021 2:52 PM
**To:** Sean Burnett <sburnett@sbelaw.com>; Jessica Farley <jfarley@sbelaw.com>; Simon Etehad <simon@etehadlaw.com>; Ani Zeynalvand <sr.paralegal@etehadlaw.com>
**Subject:** Re: Broadous v. Target

I will get back to you this Monday regarding the proposed Protective Order.

Steven Berkowitz

On Wed, Sep 8, 2021 at 2:54 PM Steven Berkowitz <steven@etehadlaw.com> wrote:

> Sean and Jessica:
>
> Having not heard back from you regarding a date for the deposition of your client, I have attached the First Amended Depo Notice.
>
> Please advise.
>
> Steven Berkowitz
> --

**Laurel Shaddix**

| | |
|---|---|
| **From:** | Jessica Farley |
| **Sent:** | Friday, October 1, 2021 8:14 AM |
| **To:** | 'Steven Berkowitz'; 'Simon Etehad'; 'Ani Zeynalvand'; 'Senior Paralegal Etehad Law' |
| **Cc:** | Sean Burnett; Tracy Brower |
| **Subject:** | RE: Broadous v. Target [Objections to 2nd Amd PMK Notice] |
| **Attachments:** | Obj to Plf's 2nd Amd NTD of Targer's PMK.pdf |
| **Importance:** | High |

Good Morning,

Attached are Target's Objections to the PMK Depo Notices. Please note that Target's document production and several areas of anticipated testimony are privileged and subject to a protective order.

We are still awaiting your response pertaining to the Protective Order. Please advise.

Jessica

**Jessica Farley**  |  Partner  |  **SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue, Suite 240  |  Santa Barbara, CA 93111
*Direct* 805.456.7294  |  *Office* 805.692.2800  |  *Facsimile* 805.692.2801
Email  |  Website  |  USLAW NETWORK

**Confidentiality Notice:** This email message is intended for the sole use of the individual(s) to whom it is addressed. Unless otherwise indicated or obvious from the nature of the transmittal, the information in this email may contain privileged information protected by the attorney-client privilege or attorney work-product doctrine recognized under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, duplication, distribution or copying of this transmission is strictly prohibited. If you receive this message in error, immediately notify the sender by telephone at 805.692.2800, and return the original message to jfarley@sbelaw.com.

**From:** Jessica Farley
**Sent:** Tuesday, September 28, 2021 2:26 PM
**To:** Steven Berkowitz <steven@etehadlaw.com>; Simon Etehad <simon@etehadlaw.com>; Ani Zeynalvand <sr.paralegal@etehadlaw.com>; Senior Paralegal Etehad Law <sr.paralegal@etehadlaw.com>
**Cc:** Sean Burnett <sburnett@sbelaw.com>; Tracy Brower <tbrower@sbelaw.com>
**Subject:** RE: Broadous v. Target

Steven,

I'm following up on the Protective Order.

Jessica

**Jessica Farley**  |  Partner  |  **SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue, Suite 240  |  Santa Barbara, CA 93111
*Direct* 805.456.7294  |  *Office* 805.692.2800  |  *Facsimile* 805.692.2801
Email  |  Website  |  USLAW NETWORK

# Laurel Shaddix

| | |
|---|---|
| **From:** | Sean Burnett |
| **Sent:** | Friday, October 1, 2021 4:26 PM |
| **To:** | Jessica Farley; Steven Berkowitz; Simon Etehad; Ani Zeynalvand; Senior Paralegal Etehad Law |
| **Cc:** | Tracy Brower |
| **Subject:** | RE: Broadous v. Target Protective Order |
| **Importance:** | High |

Steve,

I know Jessica has reached out to you several times about the protective order.  We cannot produce documents or have witnesses testify about protected information (like location of cameras in the store) without a protective order.  I want to get this deposition on Monday done but I do not see how we can do it in light of the fact that we do not have a protective order.  Can you please get that signed and get it back to us this afternoon?  We can also talk about this tomorrow at Luis Saldana's deposition.

Sean

**Sean R. Burnett**  |  Partner  |  **SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue, Suite 240  |  Santa Barbara, CA 93111
*Direct* 805.683.7758  |  *Cell* 805.637.6754
*Office* 805.692.2800  |  *Facsimile* 805.692.2801
Email  |  Website  |  US**LAW NETWORK**

---

**From:** Jessica Farley <jfarley@sbelaw.com>
**Sent:** Friday, October 1, 2021 8:14 AM
**To:** Steven Berkowitz <steven@etehadlaw.com>; Simon Etehad <simon@etehadlaw.com>; Ani Zeynalvand <sr.paralegal@etehadlaw.com>; Senior Paralegal Etehad Law <sr.paralegal@etehadlaw.com>
**Cc:** Sean Burnett <sburnett@sbelaw.com>; Tracy Brower <tbrower@sbelaw.com>
**Subject:** RE: Broadous v. Target [Objections to 2nd Amd PMK Notice]
**Importance:** High

Good Morning,

Attached are Target's Objections to the PMK Depo Notices.  Please note that Target's document production and several areas of anticipated testimony are privileged and subject to a protective order.

We are still awaiting your response pertaining to the Protective Order.  Please advise.

Jessica

**Jessica Farley**  |  Partner  |  **SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue, Suite 240  |  Santa Barbara, CA 93111
*Direct* 805.456.7294  |  *Office* 805.692.2800  |  *Facsimile* 805.692.2801
Email  |  Website  |  USLAW NETWORK

# Laurel Shaddix

| | |
|---|---|
| **From:** | Steven Berkowitz <steven@etehadlaw.com> |
| **Sent:** | Friday, October 1, 2021 5:08 PM |
| **To:** | Sean Burnett |
| **Cc:** | Jessica Farley; Simon Etehad; Senior Paralegal Etehad Law; Tracy Brower |
| **Subject:** | Re: Broadous v. Target Protective Order |
| **Attachments:** | 2021-10-01 Signed Protective Order fr SB.pdf |

See attached signed protective order. Please provide me with your signature page.

Steven

On Fri, Oct 1, 2021 at 4:25 PM Sean Burnett <sburnett@sbelaw.com> wrote:

> Steve,
>
> I know Jessica has reached out to you several times about the protective order. We cannot produce documents or have witnesses testify about protected information (like location of cameras in the store) without a protective order. I want to get this deposition on Monday done but I do not see how we can do it in light of the fact that we do not have a protective order. Can you please get that signed and get it back to us this afternoon? We can also talk about this tomorrow at Luis Saldana's deposition.
>
>
> Sean
>
>
> **Sean R. Burnett** | Partner | **SNYDER BURNETT EGERER, LLP**
> 5383 Hollister Avenue, Suite 240 | Santa Barbara, CA 93111
>
> *Direct* 805.683.7758 | *Cell* 805.637.6754
> *Office* 805.692.2800 | *Facsimile* 805.692.2801
> Email | Website | USLAW NETWORK
>
>
> **From:** Jessica Farley <jfarley@sbelaw.com>
> **Sent:** Friday, October 1, 2021 8:14 AM
> **To:** Steven Berkowitz <steven@etehadlaw.com>; Simon Etehad <simon@etehadlaw.com>; Ani Zeynalvand <sr.paralegal@etehadlaw.com>; Senior Paralegal Etehad Law <sr.paralegal@etehadlaw.com>
> **Cc:** Sean Burnett <sburnett@sbelaw.com>; Tracy Brower <tbrower@sbelaw.com>
> **Subject:** RE: Broadous v. Target [Objections to 2nd Amd PMK Notice]
> **Importance:** High

# Laurel Shaddix

| | |
|---|---|
| **From:** | Jessica Farley |
| **Sent:** | Monday, October 4, 2021 9:10 AM |
| **To:** | Steven Berkowitz; Ani Zeynalvand; sr.paralegal@etehadlaw.com; Simon Etehad |
| **Cc:** | Sean Burnett; Tracy Brower |
| **Subject:** | Broadous v. Target - confidential doc production |
| **Attachments:** | TC00007-TC00012 - confidential.pdf |

Steven,

Attached is the confidential document production referenced in Target's discovery responses and our response to your notice to depose Target's PMK. Please note that this is being produced pursuant to the terms of the Stipulated Protective Order, which you have agreed to be bound by and which you have agreed to abide by.

Jessica

**Jessica Farley**  |  Partner  |  **SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue, Suite 240  |  Santa Barbara, CA 93111
*Direct* 805.456.7294  |  *Office* 805.692.2800  |  *Facsimile* 805.692.2801
Email  |  Website  |  USLAW NETWORK

**Confidentiality Notice:** This email message is intended for the sole use of the individual(s) to whom it is addressed. Unless otherwise indicated or obvious from the nature of the transmittal, the information in this email may contain privileged information protected by the attorney-client privilege or attorney work-product doctrine recognized under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, duplication, distribution or copying of this transmission is strictly prohibited. If you receive this message in error, immediately notify the sender by telephone at 805.692.2800, and return the original message to jfarley@sbelaw.com.