# EXHIBIT 14

# Laurel Shaddix

| | |
|---|---|
| **From:** | Jessica Farley |
| **Sent:** | Tuesday, November 9, 2021 10:22 AM |
| **To:** | Steven Berkowitz |
| **Cc:** | Senior Paralegal Etehad Law; Sean Burnett; Simon Etehad; ConnieTaylorBroadousZ7296103@projects.filevine.com |
| **Subject:** | RE: Broadous v. Target- NOTICE OF DEPOSITION OF PARTY WITNESS ANITA PITTMAN, TARGET MANAGING AGENT |
| **Importance:** | High |

Steven,

Ms. Pittman and our office are available for deposition on 11/16/21 at any time. Does this date work for you?

Jessica

**Jessica Farley**  |  Partner  |  **SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue, Suite 240  |  Santa Barbara, CA 93111
*Direct* 805.456.7294  |  *Office* 805.692.2800  |  *Facsimile* 805.692.2801
Email  |  Website  |  USLAW NETWORK

**Confidentiality Notice:** This email message is intended for the sole use of the individual(s) to whom it is addressed. Unless otherwise indicated or obvious from the nature of the transmittal, the information in this email may contain privileged information protected by the attorney-client privilege or attorney work-product doctrine recognized under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, duplication, distribution or copying of this transmission is strictly prohibited. If you receive this message in error, immediately notify the sender by telephone at 805.692.2800, and return the original message to jfarley@sbelaw.com.

**From:** Steven Berkowitz <steven@etehadlaw.com>
**Sent:** Wednesday, October 6, 2021 4:16 PM
**To:** Jessica Farley <jfarley@sbelaw.com>
**Cc:** Senior Paralegal Etehad Law <sr.paralegal@etehadlaw.com>; Sean Burnett <sburnett@sbelaw.com>; Simon Etehad <simon@etehadlaw.com>; ConnieTaylorBroadousZ7296103@projects.filevine.com
**Subject:** Re: Broadous v. Target- NOTICE OF DEPOSITION OF PARTY WITNESS ANITA PITTMAN, TARGET MANAGING AGENT

I plan to depose Ms. Pittman as a percipient witness as well as cover the topics listed in the deposition notice of the PMQ for which Sean indicated would be topics for the 2nd PMQ (the one previously scheduled for this Friday), and not for Ms. Jafari.

Steven Berkowitz

On Wed, Oct 6, 2021 at 3:56 PM Jessica Farley <jfarley@sbelaw.com> wrote:

> Steven,

To clarify, Target is not choosing to replace the current PMQ with Ms. Pittman.  We have a witness who is currently prepared to testify as the PMQ, pursuant to your notice. What I said yesterday was that if you choose to depose Ms. Pittman as a percipient witness when she returns from her leave of absence, she will also be able to testify as the PMQ. This potentially makes one less person for you to depose.

Ms. Pittman is scheduled to return the first week of November. That is the most up to date and specific information we have.

Jessica

**Jessica Farley**  |  Partner  |  **SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue, Suite 240  |  Santa Barbara, CA 93111
*Direct* 805.456.7294  |  *Office* 805.692.2800  |  *Facsimile* 805.692.2801
Email  |  Website  |  USLAW NETWORK

**Confidentiality Notice:** This email message is intended for the sole use of the individual(s) to whom it is addressed. Unless otherwise indicated or obvious from the nature of the transmittal, the information in this email may contain privileged information protected by the attorney-client privilege or attorney work-product doctrine recognized under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, duplication, distribution or copying of this transmission is strictly prohibited. If you receive this message in error, immediately notify the sender by telephone at 805.692.2800, and return the original message to jfarley@sbelaw.com.

**From:** Steven Berkowitz <steven@etehadlaw.com>
**Sent:** Wednesday, October 6, 2021 3:33 PM
**To:** Jessica Farley <jfarley@sbelaw.com>
**Cc:** Senior Paralegal Etehad Law <sr.paralegal@etehadlaw.com>; Sean Burnett <sburnett@sbelaw.com>; Simon Etehad <simon@etehadlaw.com>; ConnieTaylorBroadousZ7296103@projects.filevine.com
**Subject:** Re: Broadous v. Target- NOTICE OF DEPOSITION OF PARTY WITNESS ANITA PITTMAN, TARGET MANAGING AGENT

Please obtain the available dates for Ms. Pittman as soon as possible.  In my opinion (depending upon the nature of the reason for the leave of absence), her appearance for her deposition should not depend upon when she returns to work for Target.  We have an expert exchange and other matters coming up which I will not be able to prepare for properly until I take Ms. Pittman's deposition.

Further, you informed me that Ms. Pittman will take the place of the PMQ party deposition I set, previously scheduled for this Friday.  As a result, and pursuant to our agreement, I have taken that deposition of the PMQ for this Friday off calendar awaiting your notice to me of Ms. Pittman's availability for her PMQ deposition.

Thank you,

Steven Berkowitz

On Tue, Oct 5, 2021 at 4:36 PM Jessica Farley <jfarley@sbelaw.com> wrote:

Counsel,

As we discussed today, Ms. Pittman is on a leave of absence from work and **will not be produced for deposition on the date noticed**. We understand Ms. Pittman will return in early November.  We are going to see if we can get a firmer return date than that and will update you.

Jessica

**Jessica Farley**  |  Partner  |  **SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue, Suite 240  |  Santa Barbara, CA 93111
*Direct* 805.456.7294  |  *Office* 805.692.2800  |  *Facsimile* 805.692.2801
Email  |  Website  |  USLAW NETWORK

**Confidentiality Notice:** This email message is intended for the sole use of the individual(s) to whom it is addressed. Unless otherwise indicated or obvious from the nature of the transmittal, the information in this email may contain privileged information protected by the attorney-client privilege or attorney work-product doctrine recognized under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, duplication, distribution or copying of this transmission is strictly prohibited. If you receive this message in error, immediately notify the sender by telephone at 805.692.2800, and return the original message to jfarley@sbelaw.com.

**From:** Senior Paralegal Etehad Law <sr.paralegal@etehadlaw.com>
**Sent:** Monday, October 4, 2021 4:26 PM
**To:** Sean Burnett <sburnett@sbelaw.com>
**Cc:** Jessica Farley <jfarley@sbelaw.jem>; Simon Etehad <simon@etehadlaw.com>; Steven Berkowitz <steven@etehadlaw.com>; ConnieTaylorBroadousZ7296103@projects.filevine.com
**Subject:** Broadous v. Target- NOTICE OF DEPOSITION OF PARTY WITNESS ANITA PITTMAN, TARGET MANAGING AGENT

October 4, 2021

**Email Only**

**Re: NOTICE OF DEPOSITION OF PARTY WITNESS ANITA PITTMAN, TARGET MANAGING AGENT**

Counsel:

I am writing on behalf of Mr. Berkowitz. Please see attached. If the noticed date of October 15, 2021 has a calendaring conflict, please propose dates that you are available as soon as possible.

Thank you in advance.

**Rema Ruiz | Senior Paralegal | Etehad Law, APC**

150 South Rodeo Drive, Suite 350

Beverly Hills, California 90212

Tel. (310) 550-1220 | Fax. (888) 266-5502

EtehadLaw.com



*The information contained in this message may be privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.*

--

**Steven Berkowitz, Esq. | Etehad Law, APC**

**150 South Rodeo Drive, Suite 350**

**Beverly Hills, California 90212**

Tel. (310) 550-1220 **|** Fax. (888) 266-5502

steven@etehadlaw.com



*The information contained in this message may be privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.*

--

**Steven Berkowitz, Esq. | Etehad Law, APC**
**150 South Rodeo Drive, Suite 350**
**Beverly Hills, California 90212**
Tel. (310) 550-1220 **|** Fax. (888) 266-5502
steven@etehadlaw.com



*The information contained in this message may be privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.*