# EXHIBIT 15

## Laurel Shaddix

| | |
|---|---|
| **From:** | Jessica Farley |
| **Sent:** | <mark>Wednesday, September 1, 2021 4:06 PM</mark> |
| **To:** | Steven Berkowitz |
| **Cc:** | Sean Burnett; Simon Etehad; Tracy Brower |
| **Subject:** | RE: Discovery in Broadous v. Target |
| **Attachments:** | Broadous v. Target - Guest Incident Report.pdf |

Steven,

Attached is the Guest Incident Report.

The contact information that we have for the independent witness, Luis Saldana, is 818-636-9920.  His email is luissaldana@me.com.  We do not have a residence or mailing address for him.

Please confirm that our extension through next Thursday is granted.

Thanks,

Jessica

**Jessica Farley**  |  Partner  |  **SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue, Suite 240  |  Santa Barbara, CA 93111
*Direct* 805.456.7294  |  *Office* 805.692.2800  |  *Facsimile* 805.692.2801
Email  |  Website  |  USLAW NETWORK

**Confidentiality Notice:** This email message is intended for the sole use of the individual(s) to whom it is addressed. Unless otherwise indicated or obvious from the nature of the transmittal, the information in this email may contain privileged information protected by the attorney-client privilege or attorney work-product doctrine recognized under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, duplication, distribution or copying of this transmission is strictly prohibited. If you receive this message in error, immediately notify the sender by telephone at 805.692.2800, and return the original message to jfarley@sbelaw.com.

**From:** Steven Berkowitz <steven@etehadlaw.com>
**Sent:** Tuesday, August 31, 2021 4:44 PM
**To:** Jessica Farley <jfarley@sbelaw.com>
**Cc:** Sean Burnett <sburnett@sbelaw.com>; Simon Etehad <simon@etehadlaw.com>
**Subject:** Re: Discovery in Broadous v. Target

Confirmed.

Steven

On Tue, Aug 31, 2021 at 4:42 PM Jessica Farley <jfarley@sbelaw.com> wrote:

> Steven,