# EXHIBIT 16

# Laurel Shaddix

| | |
|---|---|
| **From:** | Jessica Farley |
| **Sent:** | Friday, September 10, 2021 5:36 PM |
| **To:** | Tracy Brower; Ani Zeynalvand; McKenzie Mitosinka |
| **Cc:** | Steven Berkowitz; Sean Burnett; info@etehadlaw.com |
| **Subject:** | RE: Broadous v. Target - Plf's Deposition |
| **Attachments:** | TC00001-TC00006.pdf |

Steven,

Per our phone call this afternoon, I am providing you with the declaration of Luis Saldana. It will be produced with our discovery responses, which you have very graciously agreed to give us more time on. I also got final word that Sean's trial settled, so we should have an easier time scheduling the depos in this case. We will talk Monday.

Jessica

**Jessica Farley**  |  Partner  |  **SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue, Suite 240  |  Santa Barbara, CA 93111
*Direct* 805.456.7294  |  *Office* 805.692.2800  |  *Facsimile* 805.692.2801
Email  |  Website  |  USLAW NETWORK

**Confidentiality Notice:** This email message is intended for the sole use of the individual(s) to whom it is addressed. Unless otherwise indicated or obvious from the nature of the transmittal, the information in this email may contain privileged information protected by the attorney-client privilege or attorney work-product doctrine recognized under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, duplication, distribution or copying of this transmission is strictly prohibited. If you receive this message in error, immediately notify the sender by telephone at 805.692.2800, and return the original message to jfarley@sbelaw.com.

**From:** Tracy Brower <tbrower@sbelaw.com>
**Sent:** Friday, September 10, 2021 10:38 AM
**To:** Ani Zeynalvand <ani@etehadlaw.com>; McKenzie Mitosinka <mckenzie@etehadlaw.com>
**Cc:** Jessica Farley <jfarley@sbelaw.com>; Steven Berkowitz <steven@etehadlaw.com>; Sean Burnett <sburnett@sbelaw.com>; info@etehadlaw.com
**Subject:** RE: Broadous v. Target - Plf's Deposition

Good morning

Please see attached defendant Target Corporation's Supplemental Initial Disclosures Pursuant to FRCP 26(e).

Thank you
Tracy

**Tracy D. Brower**  |  Paralegal  |  **SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue, Suite 240  |  Santa Barbara, CA 93111
*Office* 805.692.2800  |  *Facsimile* 805.692.2801
Email  |  Website  |  USLAW NETWORK