**SNYDER BURNETT EGERER, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California  93111
Telephone No.:  805.692.2800
Facsimile No.:   805.692.2801
sburnett@sbelaw.com
jfarley@sbelaw.com

Attorneys for Defendant TARGET CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONNIE TAYLOR BROADOUS, | Case No. 2:20-cv-10950 GW (JEMx) |
| Plaintiff, | Hon. George H. Wu |
| v. | |
| TARGET CORPORATION; individually and dba TARGET STORE T-2329; and DOES 1 to 20, | **DEFENDANT TARGET CORPORATION'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS** |
| Defendants. _____/ | **Date:** **December 9, 2021** **Time:** **8:30 a.m.** **Ctrm:** **9D** |

*[Filed concurrently with Reply in Support of Motion for Summary Judgment;Response to Plaintiff's Statement of Genuine Disputes; Reply Declaration of Jessica Farley; and [Proposed] Order On Evidentiary Objections]*

**TO THE COURT AND TO PLAINTIFF AND HER COUNSEL:**

Pursuant to *Federal Rules of Civil Procedure* Rule 56(c)(2), and the Court's Standing Order Re Summary Judgment Motions, defendant Target Corporation ("Target") makes the following objections to evidence relied upon by plaintiff Connie Taylor Broadous in her Opposition to Target's Motion for Summary Judgment, and respectfully requests the Court to sustain Target's objections and

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

1

**REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS**

strike the evidence referenced below.

**<u>EVIDENTIARY OBJECTION NO. 1</u>**

**Objectionable Material:**

Docket Number 31-1, Exhibit 1, Declaration of Connie Broadous in Opposition to Motion for Summary Judgment, Page 10 of 347, Lines 15-18 (i.e., Paragraph 5 of Declaration)

**Grounds for Objection:**

Lacks Foundation and calls for speculation.

**<u>EVIDENTIARY OBJECTION NO. 2</u>**

**Objectionable Material:**

Docket Number 31-1, Exhibit 1, Declaration of Connie Broadous in Opposition to Motion for Summary Judgment, Page 11 of 347, Lines 8-11 (i.e., Paragraph 8 of Declaration)

**Grounds for Objection:**

Lacks foundation and calls for speculation. Plaintiff lacks personal knowledge as to whether the "domes" depicted in the photograph contain cameras or are "dummy domes" (i.e., contain no cameras). [See Exhibit 7 to *Declaration of Steve Berkowitz in Opposition to Motion for Summary Judgment* ¶ 7, Deposition of Laleh Jafari, 51:18-52:24.]  Furthermore, plaintiff lacks foundation as to the location where the cameras were on the date of the incident.

**<u>EVIDENTIARY OBJECTION NO. 3</u>**

**Objectionable Material:**

Docket Number 31-1, Exhibit 1, Declaration of Connie Broadous in Opposition to Motion for Summary Judgment, Page 11 of 347, Line 26 – Page 12 of 347, Line 8 (i.e., Paragraph 12 of Declaration)

**Grounds for Objection:**

Lacks foundation and calls for speculation.

**EVIDENTIARY OBJECTION NO. 4**

**Objectionable Material:**

Docket Number 31-1, Exhibit 9, Declaration of Verna Stewart in Opposition to Motion for Summary Judgment, Page 333 of 347, Lines 15-18 (i.e., Paragraph 5 of Declaration)

**Grounds for Objection:**

Lacks foundation and calls for speculation

**EVIDENTIARY OBJECTION NO. 5**

**Objectionable Material:**

Docket Number 31-1, Exhibit 9, Declaration of Verna Stewart in Opposition to Motion for Summary Judgment, Page 333 of 347, Lines 8-11 (i.e., Paragraph 8 of Declaration)

**Grounds for Objection:**

Lacks foundation and calls for speculation. Ms. Stewart lacks personal knowledge as to whether the "domes" depicted in the photograph contain cameras or are "dummy domes" (i.e., contain no cameras). [See Exhibit 7 to *Declaration of Steve Berkowitz in Opposition to Motion for Summary Judgment* ¶ 7, Deposition of Laleh Jafari, 51:18-52:24.]  Furthermore, Ms. Stewart lacks foundation as to the location where the cameras were on the date of the incident.

**EVIDENTIARY OBJECTION NO. 6**

**Objectionable Material:**

Docket Number 31-1, Exhibit 9, Declaration of Verna Stewart in Opposition to Motion for Summary Judgment, Page 333 of 347, Line 25 – Page 334 of 347, Line 6 (i.e., Paragraph 12 of Declaration)

**Grounds for Objection:**

Lacks foundation and calls for speculation

*///*

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

3

**REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS**

Dated: November 24, 2021          SNYDER BURNETT EGERER, LLP

                                  */s/ Jessica Farley*

                                  _____
                                  By: Sean R. Burnett / Jessica Farley
                                  Attorneys for Defendant TARGET
                                  CORPORATION

4

**REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS**

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am employed by the firm of Snyder Burnett Egerer, LLP, in the County of Santa Barbara, State of California.  I am over the age of 18 and not a party to the within action; my business address is 5383 Hollister Avenue, Suite 240, Santa Barbara, California 93111.

On November 24, 2021 I served the foregoing document(s) described as **DEFENDANT TARGET CORPORATION'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS** on all parties of record in this action by electronic service to the e-mail addresses as follows:

| | |
|---|---|
| **Simon P. Etehad** | *Attorneys for Plaintiff* |
| **Steven Berkowitz** | *CONNIE TAYLOR BROADOUS* |
| **Etehad Law, APC** | |
| 150 South Rodeo Drive, Suite 350 | |
| Beverly Hills, California 90212 | |
| Telephone: 310.550.1220 | |
| Facsimile: 888.266.5502 | |
| Email: steven@etehadlaw.com | |
| simon@etehadlaw.com | |
| info@etehadlaw.com | |

_____ I caused such envelope or package with postage thereon fully prepaid to be placed in the United States mail at Santa Barbara, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day from the date of deposit for mailing in the affidavit.

 XX  I caused the foregoing document to be sent to the persons at the electronic notification address(es) designated below.  This is necessitated during the declared national emergency due to the Coronavirus (COVID-19) pandemic. Therefore, the document(s) referenced above is/are served only by using electronic mail.

Executed on November 24, 2021at Santa Barbara, California.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Laurel M. Shaddix*

_____

Laurel M. Shaddix