# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONNIE TAYLOR BROADOUS, | Case No. 2:20-cv-10950 GW (JEMx) |
| Plaintiff, | Hon. George H. Wu |
| v. | |
| TARGET CORPORATION; individually and dba TARGET STORE T-2329; and DOES 1 to 20, | **[PROPOSED] ORDER ON DEFENDANT TARGET CORPORATION'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS** |
| Defendants. | **Date:** **December 9, 2021**<br>**Time:** **8:30 a.m.**<br>**Ctrm:** **9D** |
| _____/ | *[Filed concurrently with Reply; Response to Plaintiff's Statement of Genuine Disputes; Reply Declaration of Jessica Farley; and Request for Evidentiary Ruling on Specified Objections]* |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having considered defendant Target Corporation's Request for Evidentiary Ruling on Specified Objections pursuant to *Federal Rules of Civil Procedure* Rule 56(c)(2), and the Court's Standing Order Re Summary Judgment Motions, makes the following rulings:

**SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

1

**[PROPOSED] ORDER ON DEFENDANT TARGET CORPORATION'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS**

**EVIDENTIARY OBJECTION NO. 1**

**Objectionable Material:**

Docket Number 31-1, Exhibit 1, Declaration of Connie Broadous in Opposition to Motion for Summary Judgment, Page 10 of 347, Lines 15-18 (i.e., Paragraph 5 of Declaration)

**Grounds for Objection:**

Lacks Foundation and calls for speculation.

**Court's Ruling on Objection 1:**      Sustained: _____ Overruled: _____

**EVIDENTIARY OBJECTION NO. 2**

**Objectionable Material:**

Docket Number 31-1, Exhibit 1, Declaration of Connie Broadous in Opposition to Motion for Summary Judgment, Page 11 of 347, Lines 8-11 (i.e., Paragraph 8 of Declaration)

**Grounds for Objection:**

Lacks foundation and calls for speculation. Plaintiff lacks personal knowledge as to whether the "domes" depicted in the photograph contain cameras or are "dummy domes" (i.e., contain no cameras). [See Exhibit 7 to *Declaration of Steve Berkowitz in Opposition to Motion for Summary Judgment* ¶ 7, Deposition of Laleh Jafari, 51:18-52:24.]  Furthermore, plaintiff lacks foundation as to the location where the cameras were on the date of the incident.

**Court's Ruling on Objection 2:**      Sustained: _____ Overruled: _____

**EVIDENTIARY OBJECTION NO. 3**

**Objectionable Material:**

Docket Number 31-1, Exhibit 1, Declaration of Connie Broadous in Opposition to Motion for Summary Judgment, Page 11 of 347, Line 26 – Page 12 of 347, Line 8 (i.e., Paragraph 12 of Declaration)

///

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

2

**[PROPOSED] ORDER ON DEFENDANT TARGET CORPORATION'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS**

**Grounds for Objection:**

Lacks foundation and calls for speculation.

**Court's Ruling on Objection 3:** Sustained: _____ Overruled: _____

**EVIDENTIARY OBJECTION NO. 4**

**Objectionable Material:**

Docket Number 31-1, Exhibit 9, Declaration of Verna Stewart in Opposition to Motion for Summary Judgment, Page 333 of 347, Lines 15-18 (i.e., Paragraph 5 of Declaration)

**Grounds for Objection:**

Lacks foundation and calls for speculation

**Court's Ruling on Objection 4:** Sustained: _____ Overruled: _____

**EVIDENTIARY OBJECTION NO. 5**

**Objectionable Material:**

Docket Number 31-1, Exhibit 9, Declaration of Verna Stewart in Opposition to Motion for Summary Judgment, Page 333 of 347, Lines 8-11 (i.e., Paragraph 8 of Declaration)

**Grounds for Objection:**

Lacks foundation and calls for speculation. Ms. Stewart lacks personal knowledge as to whether the "domes" depicted in the photograph contain cameras or are "dummy domes" (i.e., contain no cameras). [See Exhibit 7 to *Declaration of Steve Berkowitz in Opposition to Motion for Summary Judgment* ¶ 7, Deposition of Laleh Jafari, 51:18-52:24.] Furthermore, Ms. Stewart lacks foundation as to the location where the cameras were on the date of the incident.

**Court's Ruling on Objection 5:** Sustained: _____ Overruled: _____

///

///

///

**[PROPOSED] ORDER ON DEFENDANT TARGET CORPORATION'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS**

**EVIDENTIARY OBJECTION NO. 6**

**Objectionable Material:**

Docket Number 31-1, Exhibit 9, Declaration of Verna Stewart in Opposition to Motion for Summary Judgment, Page 333 of 347, Line 25 – Page 334 of 347, Line 6 (i.e., Paragraph 12 of Declaration)

**Grounds for Objection:**

Lacks foundation and calls for speculation

**Court's Ruling on Objection 6:**        Sustained: _____ Overruled: _____

Dated: _____

_____
Hon. George Wu
United States District Court Judge

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

4

**[PROPOSED] ORDER ON DEFENDANT TARGET CORPORATION'S
REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS**