**ETEHAD LAW, APC**
Simon P. Etehad (SBN 186449)
simon@etehadlaw.com
Steven Berkowitz (SBN 124051)
steven@etehadlaw.com
150 South Rodeo Drive, Suite 350
Beverly Hills, California 90212
t 310.550.1220 | f 888.266.5502

Attorneys for Plaintiff Connie Taylor Broadous

## UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONNIE TAYLOR BROADOUS | CASE NO.: 2:20-cv-10950 GW (JEMx) |
|       Plaintiff, | Hon. George H. Wu |
| v. | **DECLARATION OF STEVEN BERKOWITZ IN SUPPORT OF PLAINTIFF'S UNOPPOSED APPLICATION FOR AN ORDER TO SEAL PORTIONS OF EXHIBIT 7 TO DECLARATION OF STEVEN BERKOWITZ FILED WITH OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| TARGET CORPORATION; individually and dba TARGET STORE T-2329; and DOES 1 TO 20, | |
|       Defendants. | |
| | **[Filed concurrently with Application; [Proposed] Order[** |
| | **DEPT.:  Courtroom 9D** |

I, Steven Berkowitz, declare the following facts:

1.      I am an attorney duly licensed and admitted to practice before all of the courts of the state of California and the United States District Court for the Central District of California.  I am an attorney at Etehad Law, APC, counsel of record for Plaintiff Connie Taylor Broadous in this matter.

2.      This declaration is made in support of Plaintiff's Unopposed Application for an Order to Seal Portions of Exhibit 7 to Declaration of Steven

Berkowitz in Support of Opposition to Defendant's Motion for Summary Judgment ("Application").

3.    Target, pursuant to a Protective Order, has requested that I seek to place under seal or, in the alternative, withdraw from public view, various excerpts of a deposition I filed the Opposition to Target's Motion for Summary Judgment.

4.    When I filed the Opposition, I inadvertently did not place the deposition at issue under seal.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed this 6th day of December, 2021, at Los Angeles, California.

*/s/ Steven Berkowitz*

_____
Steven Berkowitz Declarant

2

**DECLARATION OF STEVEN BERKOWITZ IN SUPPORT OF PLAINTIFF'S UNOPPOSED APPLICATION FOR AN ORDER TO SEAL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

1