**ETEHAD LAW, APC**
Simon P. Etehad (SBN 186449)
simon@etehadlaw.com
Steven Berkowitz (SBN 124051)
steven@etehadlaw.com
150 South Rodeo Drive, Suite 350
Beverly Hills, California 90212
t 310.550.1220 | f 888.266.5502

Attorneys for Plaintiff Connie Taylor Broadous

# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONNIE TAYLOR BROADOUS<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; individually and dba TARGET STORE T-2329; and DOES 1 TO 20,<br><br>    Defendants. | CASE NO.: 2:20-cv-10950 GW (JEMx)<br><br>Hon. George H. Wu<br><br>**NOTICE OF ERRATA TO PLAINTIFF'S DECLARATION OF STEVEN BERKOWITZ, EXHIBIT 7, IN SUPPORT OF THE OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT**<br><br>**DEPT.:  Courtroom 9D** |

# NOTICE OF ERRATA

Plaintiff respectfully submits this errata to the Declaration of Steven Berkowitz in Support of the Opposition to Motion to for Summary Judgment ECF 31-1 which was filed on November 19, 2021 at Docket No. 31, in order to correct an inadvertent clerical error. Pages 162-311, contain the transcript of managing agent of Target Anita Pittman wherein she discloses alleged "confidential information" regarding the security system at Target's subject store location. Plaintiff is concurrently filing a corrected version attached to the Ex Parte Application for an Order to Seal Exhibit 7 specifically pages 162-311 that corrects this mistake and makes no other changes.

Dated:  December 6, 2021            Etehad Law, APC


                                    /s/ Steven Berkowitz_____
                                    Steven Berkowitz,
                                    Attorneys for Plaintiff Connie Taylor Broadous

2

NOTICE OF ERRATA TO PLAINTIFF'S DECLARATION OF STEVEN BERKOWOYZ EXHIBIT 7 IN SUPPORT
OF THE OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT
CASE NO: 2:20-cv-10950 GW (JEMx)