1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| CONNIE TAYLOR BROADOUS, | Case No. 2:20-cv-10950 GW (JEMx) |
| Plaintiff, | Hon. George H. Wu |
| v. | **[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED APPLICATION FOR AN ORDER TO SEAL PORTIONS OF EXHIBIT 7 TO DECLARATION OF STEVEN BERKOWITZ IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| TARGET CORPORATION; individually and dba TARGET STORE T-2329; and DOES 1 to 20, | |
| Defendants. | |
| _____ / | **[Filed concurrently with Application; Declaration of Jessica Farley]** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having considered defendant Target Corporation's Request for Leave to File Under Seal, pursuant to *Federal Rules of Civil Procedure* Rule 79-5, makes the following ruling:

The following portions of Laleh Jafari's deposition will be sealed:

///

///

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

1

**[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED APPLICATION FOR AN ORDER TO SEAL**

1   ECF 31-1, p. 179, Page 17; lines 17-19

2   ECF 31-1, p. 181, Page 37; lines 19-25

3   ECF 31-1, p. 200, Page 38; lines 1-2; 22-25

4   ECF 31-1, p. 201, Page 39; lines 1-7; 23-25

5   ECF 31-1, p. 202, Page 40; lines 1-23

6   ECF 31-1, p. 213, Page 51; lines 18-25

7   ECF 31-1, p. 214, Page 52; lines 1-25

8   ECF 31-1, p. 215, Page 53; lines 1-12; 16-25

9   ECF 31-1, p. 216, Page 54; lines 1-21

10   ECF 31-1, p. 218, Page 56; lines 9-23

11   ECF 31-1, p. 219, Page 57; lines 19-25

12   ECF 31-1, p. 220, Page 58; lines 1-4; 17-25

13   ECF 31-1, p. 221, Page 59; lines 1-25

14   ECF 31-1, p. 222, Page 60; lines 1-25

15   ECF 31-1, p. 223, Page 61; lines 1-3

16   ECF 31-1, p. 224, Page 62; lines 19-25

17   ECF 31-1, p. 225, Page 63; lines 1-8

18   ECF 31-1, p. 226, Page 64; lines 7-13; 16-25

19   ECF 31-1, p. 227, Page 65; lines 1-21

20   ECF 31-1, p. 234, Page 72; lines 22-25

21   ECF 31-1, p. 235, Page 73; lines 1-25

22   ECF 31-1, p. 236, Page 74; lines 22-25

23   ECF 31-1, p. 240, Page 78; lines 16-20

24   ECF 31-1, p. 261, Page 99; lines 2-25

25   ECF 31-1, p. 262, Page 100; lines 1-25

26   ECF 31-1, p. 263, Page 101; lines 1-8; 13-25

27   ECF 31-1, p. 264, Page 102; lines 1-12; 18-25

28   ECF 31-1, p. 265, Page 103; lines 1-25

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

**[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED APPLICATION
FOR AN ORDER TO SEAL**

1    ECF 31-1, p. 266, Page 104; lines 1-11; 21-25

2    ECF 31-1, p. 267, Page 105; lines 1-12; 18-22

3    ECF 31-1, p. 271, Page 109; lines 2-4

4    ECF 31-1, p. 278, Page 116; lines 6-14; 23-25

5    ECF 31-1, p. 279, Page 117; lines 1-25

6    ECF 31-1, p. 280, Page 118; lines 1-2.

7

8

9    Dated: _____

10

11    _____
      Hon. George Wu
12    United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SNYDER BURNETT**
**EGERER, LLP**
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

**[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED APPLICATION**
**FOR AN ORDER TO SEAL**