**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONNIE TAYLOR BROADOUS, | Case No. CV 20-10950-GW-JEMx |
| Plaintiff, | Hon. George H. Wu |
| v. | |
| TARGET CORPORATION; individually and dba TARGET STORE T-2329; and DOES 1 to 20, | **JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

1

**[PROPOSED] JUDGMENT**

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

After considering Defendant TARGET CORPORATION's Motion for Summary Judgment, the opposing and reply papers thereto, and oral argument thereon,

IS IT ORDERED AND ADJUDGED that the Motion for Summary Judgment is granted such that plaintiff CONNIE TAYLOR BROADOUS takes nothing, that this action be dismissed on the merits with prejudice, and that defendant TARGET CORPORATION recover its costs.

Dated:  December 14, 2021

*[signature: George H. Wu]*
_____
Hon. George H. Wu
United States District Judge