UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CONNIE TAYLOR BROADOUS,<br><br>    Plaintiff-Appellant,<br><br>  v.<br><br>TARGET CORPORATION, DBA Target Store T-2329,<br><br>    Defendant-Appellee. | No.    22-55071<br><br>D.C. No. 2:20-cv-10950-GW-JEM<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

Appellant filed a notice of intent to file publicly Volume 4 of the excerpts of record (Docket Entry No. 14).  *See* 9th Cir. R. 27-13(f).  Appellee's unopposed motion (Docket Entry No. 19) to file portions of Volume 4 under seal is granted. The Clerk will unseal the notice (Docket Entry No. 14-1) and file publicly the motion to seal and supporting declaration (Docket Entry Nos. 19-1, 19-2).  The Clerk will also file publicly the opening brief (Docket Entry No. 12) and Volumes 1 through 3 of the excerpts of record (Docket Entry No. 13).  The Clerk will file under seal Volume 4 of the excerpts of record (Docket Entry No. 14-2) and maintain Docket Entry No. 19-3 under seal.

Within 21 days of this order, appellant must submit for public filing a redacted version of Volume 4 that tracks the proposed redactions set forth in

MKS/MOATT

Docket Entry No. 19-3.  The page numbering in the public version must remain the same as in the sealed version.

The existing briefing schedule remains in effect.