UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CONNIE TAYLOR BROADOUS,

      Plaintiff - Appellant,

 v.

TARGET CORPORATION, DBA
Target Store T-2329,

      Defendant - Appellee.

No. 22-55071

D.C. No. 2:20-cv-10950-GW-JEM
U.S. District Court for Central
California, Los Angeles

**MANDATE**

The judgment of this Court, entered January 26, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $20.30.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7